# Exhibit "A"

| INTERNET FORM NLRB-501 (2-08) | UNITED STATES OF AMERICA NATIONAL LABOR RELATIONS BOARD CHARGE AGAINST EMPLOYER | DO NOT WRITE IN THIS SPACE |
|---|---|---|
| | | Case: 29-CA-168145 — Date Filed: 1/21/16 |

FORM EXEMPT UNDER 44 U.S.C 3512

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

### 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| a. Name of Employer | | |
|---|---|---|
| Long Island Business Institute Inc. | | b. Tel. No. (718) 939-5100 |
| | | c. Cell No. |
| | | f. Fax No. |
| d. Address (Street, city, state, and ZIP code) 3619 Prince St, Flushing, NY 11354 | e. Employer Representative Monica Foote | g. e-Mail info@libi.edu |
| | | h. Number of workers employed n/a |
| i. Type of Establishment (factory, mine, wholesaler, etc.) School | j. Identify principal product or service Professional Education | |

k. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and (list subsections) Section 7 _____ of the National Labor Relations Act, and these unfair labor practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are unfair practices affecting commerce within the meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge (set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)

On or about August, 2015, the above-referenced Employer, by its officers, agents and representatives, took retaliatory action against Chun Lan Guan because she is a party plaintiff in a Collective Action federal lawsuit in April 2015 (Case No.: 15 Civ. 2215) on behalf of themselves and similarly situated Employees and engaged in other protected and concerted activity for the purpose of mutual aid and protection. The Employee had been employed as a sanitation/maintenance worker.

3. Full name of party filing charge (if labor organization, give full name, including local name and number)
Chun Lan Guan

| 4a. Address (Street and number, city, state, and ZIP code) 144-80 Sanford Ave, Apt 2E Flushing, NY 11355 | 4b. Tel. No. (917) 330-8451 |
|---|---|
| | 4c. Cell No. |
| | 4d. Fax No. |
| | 4e. e-Mail |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit (to be filled in when charge is filed by a labor organization)

### 6. DECLARATION

I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief.

By _____/s/ John Troy_____     John Troy, Attorney for Charging Party
(signature of representative or person making charge)     (Print/type name and title or office, if any)

Address: 41-25 Kissena Blvd., Suite 119, Flushing, NY 11355     (date)

Tel. No. (718) 762-1324
Office, if any, Cell No.
Fax No. (718) 762-1342
e-Mail johntroy@troypllc.com

WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)

**PRIVACY ACT STATEMENT**
Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information will cause the NLRB to decline to invoke its processes.

FORM EXEMPT UNDER 44 U.S.C 3512

| INTERNET FORM NLRB-501 (2-08) | UNITED STATES OF AMERICA NATIONAL LABOR RELATIONS BOARD CHARGE AGAINST EMPLOYER | DO NOT WRITE IN THIS SPACE | |
|---|---|---|---|
| | | Case 29-CA-168221 | Date Filed 01/21/2016 |

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

### 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| a. Name of Employer | | b. Tel. No. (718) 939-5100 |
|---|---|---|
| Long Island Business Institute Inc. | | c. Cell No. |
| | | f. Fax No. |
| d. Address (Street, city, state, and ZIP code) 3619 Prince St, Flushing, NY 11354 | e. Employer Representative Monica Foote | g. e-Mail info@libi.edu |
| | | h. Number of workers employed n/a |
| i. Type of Establishment (factory, mine, wholesaler, etc.) School | j. Identify principal product or service Professional Education | |

k. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and (list subsections) Section 7 _____ of the National Labor Relations Act, and these unfair labor practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are unfair practices affecting commerce within the meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge (set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)

On or about August, 2015, the above-referenced Employer, by its officers, agents and representatives, took retaliatory action against Qi Huai Liu because he is a party plaintiff in a Collective Action federal lawsuit in April 2015 (Case No. 15 Civ. 2215) on behalf of themselves and similarly situated Employees and engaged in other protected and concerted activity for the purpose of mutual aid and protection. The Employee had been employed as a sanitation/maintenance worker.

3. Full name of party filing charge (if labor organization, give full name, including local name and number)
Qi Huai Liu

| 4a. Address (Street and number, city, state, and ZIP code) | 4b. Tel. No. (646) 327-8810 |
|---|---|
| 43-34 Union Street, Apt. 4G Flushing NY 11355 | 4c. Cell No. |
| | 4d. Fax No. |
| | 4e. e-Mail |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit (to be filled in when charge is filed by a labor organization)

### 6. DECLARATION
I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief.

By _____ John Troy, Attorney for Charging Party
(signature of representative or person making charge) (Print/type name and title or office, if any)

Address 41-25 Kissena Blvd., Suite 119, Flushing, NY 11355 (date)

| Tel. No. (718) 762-1324 |
| Office, if any, Cell No. |
| Fax No. (718) 762-1342 |
| e-Mail johntroy@troypllc.com |

WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)

PRIVACY ACT STATEMENT
Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information will cause the NLRB to decline to invoke its processes.

FORM EXEMPT UNDER 44 U.S.C 3512

| INTERNET FORM NLRB-501 (2-08) | UNITED STATES OF AMERICA NATIONAL LABOR RELATIONS BOARD CHARGE AGAINST EMPLOYER | DO NOT WRITE IN THIS SPACE | |
|---|---|---|---|
| | | Case | Date Filed |
| | | 29-CA-167995 | 1/19/16 |

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

### 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| a. Name of Employer | | b. Tel. No. (718) 939-5100 |
|---|---|---|
| Long Island Business Institute Inc. | | c. Cell No. |
| | | f. Fax No. |
| d. Address (Street, city, state, and ZIP code) 3619 Prince St, Flushing, NY 11354 | e. Employer Representative Monica Foote | g. e-Mail info@libi.edu |
| | | h. Number of workers employed n/a |
| i. Type of Establishment (factory, mine, wholesaler, etc.) School | j. Identify principal product or service Professional Education | |

k. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and (list subsections) Section 7 _____ of the National Labor Relations Act, and these unfair labor practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are unfair practices affecting commerce within the meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge (set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)

On or about October, 2015, the above-referenced Employer, by its officers, agents and representatives, took retaliatory action (disciplinary action) against Huide Zhou because he is a party plaintiff in a Collective Action federal lawsuit in April 2015 (Case No.: 15 Civ. 2215) on behalf of themselves and similarly situated Employees and engaged in other protected and concerted activity for the purpose of mutual aid and protection. The Employee had been employed as a sanitation/maintenance worker.

3. Full name of party filing charge (if labor organization, give full name, including local name and number)
Huide Zhou

| 4a. Address (Street and number, city, state, and ZIP code) 43-34 Union Street, Apt. 4G Flushing, NY 11355 | 4b. Tel. No. (347) 258-0472 |
|---|---|
| | 4c. Cell No. |
| | 4d. Fax No. |
| | 4e. e-Mail |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit (to be filled in when charge is filed by a labor organization)

### 6. DECLARATION

I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief.

| By [signature] John Troy, Attorney for Charging Party (Print/type name and title or office, if any) | Tel. No. (718) 762-1324 |
|---|---|
| | Office, if any, Cell No. |
| | Fax No. (718) 762-1342 |
| Address 41-25 Kissena Blvd., Suite 119, Flushing, NY 11355 (date) | e-Mail johntroy@troyplic.com |

WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)

**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information will cause the NLRB to decline to invoke its processes.

TOTAL P.03

FORM EXEMPT UNDER 44 U.S.C 3612

| INTERNET FORM NLRB-501 (2-08) | UNITED STATES OF AMERICA NATIONAL LABOR RELATIONS BOARD CHARGE AGAINST EMPLOYER | DO NOT WRITE IN THIS SPACE |
|---|---|---|
| | | Case: 29-CA-168130    Date Filed: 1/21/15 |

INSTRUCTIONS:
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

## 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| a. Name of Employer | | b. Tel. No. (718) 939-5100 |
|---|---|---|
| Long Island Business Institute Inc. | | c. Cell No. |
| | | f. Fax No. |
| d. Address (Street, city, state, and ZIP code) 3619 Prince St, Flushing, NY 11354 | e. Employer Representative Monica Foote | g. e-Mail info@libi.edu |
| | | h. Number of workers employed n/a |
| i. Type of Establishment (factory, mine, wholesaler, etc.) School | j. Identify principal product or service Professional Education | |

k. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and (list subsections) **Section 7** _____ of the National Labor Relations Act, and these unfair labor practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are unfair practices affecting commerce within the meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge (set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)

On or about August, 2015, the above-referenced Employer, by its officers, agents and representatives, took retaliatory action against Ziqiang Lu because he is a party plaintiff in a Collective Action federal lawsuit in April 2015 Case No.: 15 Civ. 2215) on behalf of themselves and similarly situated Employees and engaged in other protected and concerted activity for the purpose of mutual aid and protection. The Employee had been employed as a sanitation/maintenance worker.

3. Full name of party filing charge (if labor organization, give full name, including local name and number)
Ziqiang Lu

| 4a. Address (Street and number, city, state, and ZIP code) | 4b. Tel. No. (347) 536-0403 |
|---|---|
| 144-24 37th Avenue, Apt. 3J Flushing, NY 11354 | 4c. Cell No. |
| | 4d. Fax No. |
| | 4e. e-Mail |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit (to be filled in when charge is filed by a labor organization)

### 6. DECLARATION
I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief.

| By /s/ John Troy    John Troy, Attorney for Charging Party (signature of representative or person making charge) (Print/type name and title or office, if any) | Tel. No. (718) 762-1324 |
|---|---|
| | Office, if any, Cell No. |
| | Fax No. (718) 762-1342 |
| Address 41-25 Kissena Blvd., Suite 119, Flushing, NY 11355    (Date) | e-Mail johntroy@troypllc.com |

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**

PRIVACY ACT STATEMENT
Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information will cause the NLRB to decline to invoke its processes.

FORM EXEMPT UNDER 44 U.S.C 3512

INTERNET
FORM NLRB-501
(2-08)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
CHARGE AGAINST EMPLOYER

DO NOT WRITE IN THIS SPACE

| Case | Date Filed |
|---|---|
| 29-CA-168223 | 01/21/2016 |

INSTRUCTIONS:
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

## 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

a. Name of Employer
Long Island Business Institute Inc.

b. Tel. No. (718) 939-5100

c. Cell No.

f. Fax No.

d. Address (Street, city, state, and ZIP code)
3619 Prince St, Flushing, NY 11354

e. Employer Representative
Monica Foote

g. e-Mail
info@libi.edu

h. Number of workers employed
n/a

i. Type of Establishment (factory, mine, wholesaler, etc.)
School

j. Identify principal product or service
Professional Education

k. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and (list subsections) Section 7 _____ of the National Labor Relations Act, and these unfair labor practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are unfair practices affecting commerce within the meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge (set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)

There is an on-going retaliation by officers, agents and representatives the above-referenced Employer against Huan Yu since her colleague Boleng Hou filed a lawsuit against the employer on or about March, 2014. The retaliatory conducts by the employer became worse as her other colleagues filed FLSA collective action against the employer on April, 2015. (Case No.: 15 Civ. 2215) For instance, the employer took groundless disciplinary action against the petitioner Huan Yu. The Employee had been employed as a supply cordinator.

3. Full name of party filing charge (if labor organization, give full name, including local name and number)
Huan Yu

4a. Address (Street and number, city, state, and ZIP code)
144-30 RSVLT AVE 212
Flushing, NY 11355

4b. Tel. No. (347) 399-2680

4c. Cell No.

4d. Fax No.

4e. e-Mail

5. Full name of national or international labor organization of which it is an affiliate or constituent unit (to be filled in when charge is filed by a labor organization)

6. DECLARATION
I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief.

By _/s/ John Troy_ John Troy, Attorney for Charging Party
(signature of representative or person making charge) (Print/type name and title or office, if any)

Address 41-25 Kissena Blvd., Suite 119, Flushing, NY 11355

(date)

Tel. No. (718) 762-1324

Office, if any, Cell No.

Fax No. (718) 762-1342

e-Mail johntroy@troypllc.com

WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)

PRIVACY ACT STATEMENT
Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information will cause the NLRB to decline to invoke its processes.

TOTAL P.07