# Exhibit "D"

Page 1

1

2     UNITED STATES DISTRICT COURT

3     EASTERN DISTRICT OF NEW YORK

      - - - - - - - - - - - - - - - - - - - x

4     CHUN LAN GUAN, QIHUAI LIU, ZIQIANG

      LU, YOUXING ZHAO, and HUIDE ZHOU,

5     on behalf of themselves and others

      similarly situated,

6

                           Plaintiffs,

7

           - against -

8

      LONG ISLAND BUSINESS INSTITUTE,

9     MONICA FOOTE, and WILLIAM DANTIVA,

10                       Defendants.

      - - - - - - - - - - - - - - - - - - - X

11                  350 Fifth Avenue

                    New York, New York

12

                    May 18, 2016

13                  10:05 A.M.

14        EXAMINATION BEFORE TRIAL of CHUN LAN GUAN, a

15    Plaintiff herein, taken by the Defendants herein,

16    pursuant to Federal Rules of Civil Procedure, held

17    at the above-mentioned time and place, before Anita

18    M. Cummo, a Notary Public of the State of New York.

19

20

21

22

23

24

25

Page 7

1                    CHUN LAN GUAN

2        Q      Do you ever text from your phone?

3        A      The old phone?

4        Q      Either phone.

5        A      This phone WeChat is okay.  That one

6   only a regular text.

7        Q      What's WeChat?

8        A      You can chat with each other.

9        Q      Do you use WeChat with the other

10   plaintiffs in this case?

11        A      Once in awhile, yes.

12        Q      Have you spoken to them over WeChat

13   concerning this lawsuit?

14        A      About this lawsuit?

15        Q      Yes.

16        A      How could I say?  I think you can

17   say yes or no.

18        Q      What would you say?

19        A      Then yes, then.

20        Q      Did you discuss with the other

21   plaintiffs about the work at Long Island

22   Business Institute.

23        A      The other plaintiffs.  But we were

24   working together.  We don't need to talk about.

25        Q      I'm just asking if you ever chatted

Page 8

1                    CHUN LAN GUAN

2    or used the text with the other plaintiffs?

3         A    About work?  About our work?

4         Q    About Long Island Business

5    Institute.

6         A    We were working together.  We didn't

7    need to use WeChat to talk about that.  We could

8    just talk to each other in person.

9         Q    I'm asking if you used WeChat to

10   talk about Long Island Business Institute?

11             Did you ever go home and talk about

12   it?

13        A    If there were necessary things for

14   work, we would talk about.  But otherwise, no.

15        Q    Were you asked by counsel to produce

16   your WeChat texts?

17             MR. BYUN:  You're asking her for

18             privilege information.

19             MR. ALOE:  I'm not asking for --

20             first of all, I don't think that's

21             correct.

22        A    No.

23             MR. ALOE:  I'll, for the record,

24             say that we were told there was no

25             texts and apparently there are.  So,

Page 9

1                    CHUN LAN GUAN

2              counsel has not complied with their

3              obligations under the rule.

4         Q     When did you decide to file a

5    complaint against Long Island Business

6    Institute?

7         A     April of 2015.

8              MR. ALOE:  I'm sorry?

9              THE INTERPRETER:  April of 2015.

10        Q     What made you decide to initiate

11   suit?

12        A     Because I think the school treat us

13   unfair.

14        Q     Were you aware of a suit by a

15   gentleman named Bofeng Huo, B-O-F-E-N-G, H-U-O?

16             MR. ALOE:  Let me withdraw that.

17        Q     Were you aware of a lawsuit against

18   the school, before yours?

19        A     I'm not aware of.

20        Q     You are not aware of any other

21   suits, other than your suit?

22        A     I know there was a suit, Mr. Huo.

23        Q     How do you know that?

24        A     After I came back from China, a

25   student asked me.  A student asked me "Mr. Huo

**Page 1**

1

2    UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

3    - - - - - - - - - - - - - - - - - - x

CHUN LAN GUAN, QIHUAI LIU, ZIQIANG

4    LU, YOUXING ZHAO, and HUIDE ZHOU,

on behalf of themselves and others

5    similarly situated,

6                        Plaintiffs,

7         - against -

8    LONG ISLAND BUSINESS INSTITUTE,

MONICA FOOTE, and WILLIAM DANTIVA,

9

Defendants.

10   - - - - - - - - - - - - - - - - - - X

350 Fifth Avenue

11                   New York, New York

12                   May 18, 2016

1:10 P.M.

13

14       EXAMINATION BEFORE TRIAL of QIHUAI LIU, a

15   Plaintiff herein, taken by the Defendants herein,

16   pursuant to Federal Rules of Civil Procedure, held

17   at the above-mentioned time and place, before Anita

18   M. Cummo, a Notary Public of the State of New York.

19

20

21

22

23

24

25

```
                                                          Page 7

 1                          QIHUAI LIU
 2          A      Android, yes.
 3          Q      For how long have you had that
 4   phone?
 5          A      Maybe four years.
 6          Q      Do you ever use that phone to chat
 7   or text?
 8          A      Not necessary.
 9          Q      Do you chat or text with the
10   computer or any other way?
11          A      No.
12          Q      Do you use WeChat?
13          A      WeChat, yes.
14          Q      How do you use that?
15          A      I communicate.  I use that to
16   communicate with people in China.
17          Q      Have you ever used WeChat to
18   communicate with your fellow plaintiffs in this
19   case?
20          A      No.
21          Q      Have you had any chats that involved
22   where you discussed anything about Long Island
23   Business Institute?
24          A      No.
25          Q      Did anyone from counsel's office ask
```

1                    QIHUAI LIU

2    you to go through your WeChat texts?

3         A    No.

4         Q    Did anyone ask you about what was on

5    your texts?

6         A    No.

7         Q    I'm the first person to ask you

8    that?

9         A    Yes.

10        Q    First of all, you work in the

11   maintenance department for Long Island Business

12   Institute at the Flushing campus; is that

13   correct?

14        A    Yes.

15        Q    Are you familiar with any prior

16   lawsuits concerning anyone in your department

17   and the Long Island Business Institute?

18        A    I'm not sure.

19        Q    The answer is you don't know?

20        A    I don't know.

21        Q    When did you come to work for Long

22   Island Business Institute?

23        A    October of 2013.

24        Q    Prior to that, what were you doing?

25        A    Prior to that, I was doing some work

Page 1

1

2      UNITED STATES DISTRICT COURT

       EASTERN DISTRICT OF NEW YORK

3      - - - - - - - - - - - - - - - - - - x

       CHUN LAN GUAN, QIHUAI LIU, ZIQIANG

4      LU, YOUXING ZHAO, and HUIDE ZHOU,

       on behalf of themselves and others

5      similarly situated,

6                          Plaintiffs,

7            - against -

8      LONG ISLAND BUSINESS INSTITUTE,

       MONICA FOOTE, and WILLIAM DANTIVA,

9

                           Defendants.

10     - - - - - - - - - - - - - - - - - - X

                     350 Fifth Avenue

11                   New York, New York

12                   May 19, 2016

                     2:40 P.M.

13

14         EXAMINATION BEFORE TRIAL of ZIQIANG LU, a

15     Plaintiff herein, taken by the Defendants herein,

16     pursuant to Federal Rules of Civil Procedure, held

17     at the above-mentioned time and place, before Anita

18     M. Cummo, a Notary Public of the State of New York.

19

20

21

22

23

24

25

Page 17

```
 1                        ZIQIANG LU
 2        Q     Do you speak English?
 3        A     A little bit.
 4        Q     How much English do you speak?
 5        A     Just a little bit.
 6        Q     We have an interpreter here so you
 7   and I are able to converse.
 8              If we didn't have the interpreter,
 9   would you and I be able to have a conversation?
10        A     No.
11        Q     Do you use a cellphone?
12        A     Yes.
13        Q     What type of cellphone?
14        A     An iPhone.
15        Q     For how long have you used the
16   iPhone?
17        A     For one year.
18        Q     Before that, did you have a phone?
19        A     Yes.
20        Q     What type of phone did you have,
21   before that?
22        A     Samsung, the flip phone.
23        Q     Do you use a computer?
24        A     Yes.
25        Q     Do you use your cellphone or
```

Page 18

1                              ZIQIANG LU

2      computer or any other device to send or receive

3      text messages or chat messages or e-mails?

4            A      Yes.

5            Q      Did you ever send or receive any

6      e-mails, texts or chat messages, concerning Long

7      Island Business Institute?

8            A      Anything about Long Island Business?

9            Q      Yes.

10           A      About work or anything?

11           Q      Anything at all to do with Long

12     Island Business Institute?

13           A      Yes.

14           Q      How about the lawsuit?

15           A      Yes.

16           Q      Have you used it to communicate with

17     any of your fellow plaintiffs?

18           A      No.

19           Q      Were you asked by your counsel to

20     provide your text messages, chat messages and

21     e-mails?

22           A      No.

23           Q      Do you have any text messages,

24     e-mails or chat messages concerning this

25     lawsuit?

Page 19

1                    ZIQIANG LU

2        A      With who?

3        Q      Anybody.

4        A      No.

5        Q      Do you have any e-mails, text

6   messages or chat message, concerning your NLRB

7   charge?

8        A      No.  About that, no.

9               MR. ALOE:  I'm going to ask you

10              questions about before you came to

11              work for Long Island Business

12              Institute.

13       Q      Were you employed before you became

14   employed by Long Island Business Institute?

15       A      Yes.

16       Q      Where were you employed?

17       A      I worked in Brooklyn.

18       Q      By whom were you employed?

19       A      It was a car shop.

20       Q      What did you do?

21       A      Fixing cars.

22       Q      What was the name of the shop?

23       A      The name I can't recall.  It was in

24   English.

25       Q      What was the address of the shop?

1

2     UNITED STATES DISTRICT COURT

      EASTERN DISTRICT OF NEW YORK

3     - - - - - - - - - - - - - - - - - - x

      CHUN LAN GUAN, QIHUAI LIU, ZIQIANG

4     LU, YOUXING ZHAO, and HUIDE ZHOU,

      on behalf of themselves and others

5     similarly situated,

6                          Plaintiffs,

7             - against -

8     LONG ISLAND BUSINESS INSTITUTE,

      MONICA FOOTE, and WILLIAM DANTIVA,

9

                           Defendants.

10    - - - - - - - - - - - - - - - - - - X

                      350 Fifth Avenue

11                    New York, New York

12                    May 19, 2016

                      10:25 A.M.

13

14        EXAMINATION BEFORE TRIAL of YOUXING ZHAO, a

15    Plaintiff herein, taken by the Defendants herein,

16    pursuant to Federal Rules of Civil Procedure, held

17    at the above-mentioned time and place, before Anita

18    M. Cummo, a Notary Public of the State of New York.

19

20

21

22

23

24

25

```
                                                        Page 10
 1                         YOUXING ZHAO

 2         A       Seven dollars and 35 cents per hour.

 3   At that time, it was in 2008.

 4         Q       Why did you leave working there?

 5         A       Because they didn't have much work.

 6   They laid off.

 7         Q       Before you worked there, where did

 8   you work?

 9         A       No other work.  I was in China.

10         Q       You mentioned you worked in a

11   cellphone factory, so do you yourself carry a

12   cellphone?

13         A       Yes.

14         Q       What kind of cellphone?

15         A       It's a cellphone from the

16   government.  It's a simple one like they give

17   you certain minutes per month.

18         Q       Do you use your cellphone or

19   computer or anything to text or send messages or

20   e-mails or anything like that?

21         A       I only use iPad to send message or,

22   you know.

23         Q       You use an iPad to do that?

24         A       Yes.

25         Q       And you send texts or messages with
```

1                          YOUXING ZHAO

2    your iPad?

3         A      Yes.  I also use iPad to chat.

4         Q      When you chat, do you use a program

5    to chat?

6         A      I don't know because my son set it

7    up for me.

8         Q      Is it something called WeChat?

9         A      Yeah, WeChat.  WeChat also.

10        Q      Did you ever text or send any

11   messages or e-mails about Long Island Business

12   Institute, while you were working there?

13        A      No.

14        Q      Did you ever talk about this

15   lawsuit?

16        A      No.

17        Q      Did you ever communicate with any of

18   your fellow employees?

19        A      No, no.  We are different cases, you

20   know, because I came after they came, and also I

21   leave before.

22        Q      Before you came here in this

23   lawsuit, did you or did anyone from your

24   attorney's office inquire about whether you had

25   a cellphone or chat for text communications?

Page 12

1                    YOUXING ZHAO

2        A     No.

3        Q     I'm the first one asking you these

4  questions?

5        A     Yes, yes.  Yes; correct.

6        Q     Did you know any of the other

7  plaintiffs in this case, before you came to work

8  for Long Island Business Institute?

9        A     No, I didn't.

10       Q     According to your Complaint, you

11 started working for Long Island Business

12 Institute on August 21st, 2014; is that correct?

13       A     Yes.

14       Q     In Paragraph 226 in your Complaint,

15 you started working from 2006, but I believe

16 that's incorrect and it was August 21st, 2012?

17       A     2006?

18       Q     Yes, 2006.

19       A     Where I was in 2006?

20             MR. ALOE:  There was a Complaint

21             filed.

22             THE WITNESS:  That's incorrect.

23             MR. ALOE:  According to the

24             Second Amended Complaint, this is a

25             document filed by your counsel on