# Exhibit "I"

# LONG ISLAND BUSINESS INSTITUTE
WWW.LIBI.EDU

**Flushing**
136-18 39th Ave., 5th FL.
Flushing, NY 11354
Tel: 718.939.5100
Fax: 718.939.9235

**Commack**
6500 Jericho Turnpike, Ste 202
Commack, NY 11725
Tel: 631.499.7100
Fax: 631.971.0113

**Manhattan**
408 Broadway, 2nd FL.
New York, NY 10013
Tel: 212.226.7300
Fax: 212.431.8294

May 31, 2016

Huan (Hazel) Yu
147-03 17th Avenue
Whitestone, New York 11357

Dear Ms. Yu:

This letter shall serve as formal notice of termination of your employment with Long Island Business Institute ("LIBI") based on your unacceptable job performance and your failure to comply with LIBI's policies and regulations.

Your misconduct has escalated over the past several months, with the final instance occurring just two weeks ago. On May 17, 2016, Anna Venturino advised you that you would be responsible for handling the evening maintenance staff's tasks on May 18, 2016. This included opening certain classrooms for sessions scheduled to begin around 6:00 p.m. You did not open the classrooms in time, and you were not found in your office when Jhonatan Aybar sought out to retrieve your keys. Your dereliction of your duties directly impacted LIBI's students, reducing their classroom time and jeopardizing their financial aid eligibility. Your explanation for your conduct is nonsensical and we can only conclude that your conduct was willful.

This is not the only instance of your deficient job performance and abandonment of your responsibilities. You have refused to comply with instructions requiring you to obtain waivers from the employees in your department concerning their eligibility for healthcare coverage under the Affordable Care Act. Additionally, you have instructed employees in your department to call out of work on days where LIBI is holding special events, intentionally seeking to interfere with LIBI's operations, and even going so far as asking them not to clean. We have also received complaints that you and a former employee have made members of the LIBI community feel unsafe and threated. Most troubling, we have received complaints that you are harassing employees for performing their job functions as part of an intentional campaign to harm LIBI.

These are only a few of the latest incidents. You have been warned and counseled about your unacceptable job performance and misconduct on several occasions over the past several months. At this juncture, it is simply not tenable or appropriate for LIBI to continue your employment and to have you on the premises.

Accordingly, you are hereby terminated effective immediately. You are to leave LIBI's premises immediately, and you are not permitted to return. Any personal belongings left in your office will be sent to you at the address set forth above.

Regards,

Jhonatan Aybar
Executive Assistant to the President
Human Resources Department

cc: Monica Foote, President
Anna Venturino, Executive Director of Academic Operations and Student Services
Joanne Hsiao, Fiscal Manager / Human Resources Director

NCRA
SETTING THE STANDARD FOR CAPTURING THE RECORD

Registered by the New York State Department of Education and Accredited by the Accrediting Council for Independent Colleges and Schools.