# Exhibit "N"

**From:** hyu@libi.edu
**Sent:** Friday, September 04, 2015 2:03 PM
**To:** hazelyu0825@hotmail.com
**Subject:** Fwd: RE: Waiver of Health Coverage

----- Original Message -----
**From:**
"Jhonatan Aybar" <jaybar@libi.edu>

**To:**
hyu@libi.edu
**Cc:**
"Monica Foote" <mfoote@libi.edu>, "Joanne Hsiao" <jhsiao@libi.edu>, wdantiva@libi.edu
**Sent:**
Fri, 21 Aug 2015 14:26:52 -0400
**Subject:**
RE: Waiver of Health Coverage

Dear Hazel,

Please allow me to remind you that as a supervisor for the maintenance staff one of your duties is to serve as a liaison between the maintenance department and the administration of the College. Unfortunately, because of a language barrier some communications seems to be misunderstood and your incapacity to convey sensitive information about this matter to your staff have misled this process. As I mentioned in the previous email, (please see below) I stated the following: *"as a reminder, all employees that work 30 hours or more are eligible for insurance and **must be enrolled in our coverage**, unless they decide not to do so".* Simply said, it means they need to enroll in our insurance coverage, unless they decide not to enroll.

Joanne Hsiao, Fiscal Manager / Human Resources Director, verbally, requested you at the beginning of the year to communicate with the maintenance staff to follow up with this matter. As we were reviewing our employees that qualify for insurance and have yet to sign-up or opt out of our insurance coverage, we approached you last week to remind you of this task and follow up with the maintenance employees about this matter. Therefore, your responsibility to make sure they understand this policy was crucial since they do not understand English clearly, and you have been serving as an interpreter. It is of paramount importance that supervisors that deal with employees whose primary language is not English, convey information clearly and precisely – which is a task you have obviously failed, without even showing interest of providing possible solutions or seeking clarification. These types of actions from our front-line supervisors compromise the mission of the College and the administration will not tolerate such behaviors. Consequently, we expect a compromise from you with the institution and we hope you can serve as an outstanding liaison between your department and the administration in the pending matters and the ones to come.

1

A meeting should be arranged with your department in one-by-one case, so you can reiterate our original position regarding health insurance coverage and ask them if they want to enroll. The Fiscal Manager/ Human Resources Director must be present when you see your employees one-by-one to speak about this matter.

Please speak to me as soon as possible.

Sincerely yours,

Jhonatan Aybar

Executive Assistant to the President

Long Island Business Institute

718-939-5100 **X**111

*"Don't stop believing"*

*The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.*

Attention: This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:** hyu@libi.edu [mailto:hyu@libi.edu]
**Sent:** Wednesday, August 19, 2015 2:19 PM
**To:** jhsiao@libi.edu
**Cc:** jaybar@libi.edu
**Subject:** Waiver of Health Coverage

Dear Joanne,

I asked the maintenance people to return this form. Nobody gave it back to me. They said  that school didn't offer them the health insurance, then they bought Obama Care. They never refuse school's health insurance.

Thanks.


Huan Yu



----- Original Message -----

**From:**

"Jhonatan Aybar" <jaybar@libi.edu>


**To:**

hyu@libi.edu

**Cc:**

"Monica Foote" <mfoote@libi.edu>, "Joanne Hsiao" <jhsiao@libi.edu>

**Sent:**

Mon, 17 Aug 2015 14:28:58 -0400

**Subject:**

RE: Waiver in Chinese

Dear Hazel,

I

Thank you very much for following up with this matter. **As a reminder, all the employees that work 30 hours or more are eligible for insurance and must be enrolled in hour coverage, unless they decide not to do so.** they decide not to enroll in our health care plan, please have them sign the waiver and also have them provide you with a copy of their current insurance plan.


Sincerely yours,

3

Jhonatan Aybar

Executive Assistant to the President

Long Island Business Institute

718-939-5100 **X**111

*"Don't stop believing"*

*The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.*

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:** hyu@libi.edu [mailto:hyu@libi.edu]
**Sent:** Monday, August 17, 2015 11:33 AM
**To:** Joanne Hsiao
**Cc:** Jhonatan Aybar
**Subject:** Re: Waiver in Chinese

Hi Joanne,

I handed out the form to everyone on last Friday and told them to return it ASAP.

Thank you!


Huan Yu


----- Original Message -----

**From:**

"Joanne Hsiao" <jhsiao@libi.edu>


**To:**

<hyu@libi.edu>

**Cc:**

"Jhonatan Aybar" <jaybar@libi.edu>

**Sent:**

Fri, 14 Aug 2015 13:02:43 -0400

**Subject:**

Waiver in Chinese

Hi Hazel:


Enclosed please find the waiver of health insurance in Chinese. Other than the 6 copies I just sent to you, you may print it out for future use.

Thank you and best regards,


Joanne Hsiao

Fiscal Manager

718-939-5100 Ext. 118


Mission:

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:** hyu@libi.edu
**Sent:** Friday, September 04, 2015 2:04 PM
**To:** hazelyu0825@hotmail.com
**Subject:** Fwd: RE: Waiver in Chinese

----- Original Message -----
**From:**
"Jhonatan Aybar" <jaybar@libi.edu>

**To:**
hyu@libi.edu
**Cc:**
"Monica Foote" <mfoote@libi.edu>, "Joanne Hsiao" <jhsiao@libi.edu>
**Sent:**
Mon, 17 Aug 2015 14:28:58 -0400
**Subject:**
RE: Waiver in Chinese

Dear Hazel,

Thank you very much for following up with this matter. As a reminder, all the employees that work 30 hours or more are eligible for insurance and must be enrolled in hour coverage, unless they decide not to do so.  If they decide not to enroll in our health care plan, please have them sign the waiver and also have them provide you with a copy of their current insurance plan.

Sincerely yours,

Jhonatan Aybar

Executive Assistant to the President

Long Island Business Institute

718-939-5100 **X**111

*"Don't stop believing"*

*The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and*

*empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.*

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:** hyu@libi.edu [mailto:hyu@libi.edu]
**Sent:** Monday, August 17, 2015 11:33 AM
**To:** Joanne Hsiao
**Cc:** Jhonatan Aybar
**Subject:** Re: Waiver in Chinese

Hi Joanne,

I handed out the form to everyone on last Friday and told them to return it ASAP.

Thank you!

Huan Yu

----- Original Message -----

**From:**

"Joanne Hsiao" <jhsiao@libi.edu>

**To:**

<hyu@libi.edu>

**Cc:**

"Jhonatan Aybar" <jaybar@libi.edu>

**Sent:**

Fri, 14 Aug 2015 13:02:43 -0400

**Subject:**

Waiver in Chinese

Hi Hazel:

Enclosed please find the waiver of health insurance in Chinese. Other than the 6 copies I just sent to you, you may print it out for future use.

Thank you and best regards,

Joanne Hsiao

Fiscal Manager

718-939-5100 Ext. 118

Mission:

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the

purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:**               hyu@libi.edu
**Sent:**               Friday, November 13, 2015 12:10 PM
**To:**                 hazelyu0825@hotmail.com
**Subject:**          Fwd: Fwd: Employee Policies and Procedures

----- Original Message -----
**From:**
ctchang@libi.edu

**To:**
hyu@libi.edu
**Sent:**
Mon, 04 Nov 2013 15:11:14 -0500
**Subject:**
Fwd: Employee Policies and Procedures

----- Original Message -----
**From:**
"Monica Foote" <mfoote@libi.edu>

**To:**
echeung@libi.edu, wchong@libi.edu, sjohnson@libiedu, lzhu@libi.edu, mhouston@libi.edu, nkiregian@libi.edu, aventurino@libi.edu, bjimenez@libi.edu, cjzhang@libi.edu, jhsiao@libi.edu, tfranco@libi.edu, cmarcu@libi.edu, jaybar@libi.edu, fquick@libi.edu, lbenson@libiedu, samw@libi.edu, aarguelles@libi.edu, ctchang@libi.edu
**Sent:**
Fri, 1 Nov 2013 14:47:57 -0400
**Subject:**
Employee Policies and Procedures

Dear all,


As you know, supervisors, managers and department heads are expected to be familiar with the information presented in the employee handbook and to be able to respond accurately and impartially to questions regarding policies and procedures.

I want to remind everyone that the policies in the handbook apply to **ALL employees**, including those in supervisory positions. Please be sure you review the employee handbook to help us minimize the number of exceptions we have been making in recent months.


I am counting on this group to set an example of expected behavior, so please do your best not to make requests yourselves that are in violation of the policies we publish.

1

Thank you in advance for your understanding and anticipated cooperation.


I wish all of you a restful  weekend!


Best,


MWF


**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).


**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:**              hyu@libi.edu
**Sent:**              Monday, November 23, 2015 2:42 PM
**To:**                hazelyu0825@hotmail.com
**Subject:**           Fwd: FW: Roaches and roaches and roaches

----- Original Message -----
**From:**
"William Dantiva" <wdantiva@libi.edu>

**To:**
hyu@libi.edu
**Sent:**
Fri, 25 Sep 2015 11:37:04 -0400
**Subject:**
FW: Roaches and roaches and roaches

# William Dantiva.

Facility Manager.

Long Island Business Institute.

136-18 39th Ave. 5th FL.

Flushing, NY 11354

Phone: 718.939.5100 ext 119

Fax: 718.939.9235

Mission:

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

<u>**Attention:**</u> This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the

1

author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986, as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:** Jhonatan Aybar [mailto:jaybar@libi.edu]
**Sent:** Thursday, September 24, 2015 1:38 PM
**To:** 'William Dantiva'; hyu@libi.edu
**Cc:** Monica Foote
**Subject:** FW: Roaches and roaches and roaches
**Importance:** High

Dear Facility Dept.,

The problem with the roaches seems to have escalated to a upper level of decontrol.  The facility management has demonstrated to be incapable of sustaining a welcoming environment in the premises of the College -- floors are dirty, bathrooms are not hygienic, classrooms are not in good conditions for teaching, offices are filthy, and like it was not enough now we have to deal with a plague of roaches because garbage was not handled properly by our maintenance staff.

The level of negligence and careless of your staff is unbearable - and it is affecting every aspect of the operations of the College. Therefore, as supervisors of the maintenance staff you have the responsibility of addressing this behavior through progressive discipline.  However, I have taken the liberty of proceeding to address this issue directly and I am making you accountable for delivering this communication to the maintenance staff due to the lack of communication because of language barriers that exist between the janitors and the executive staff.

Consequently, Hazel, I need you to translate a massage for the non-English speaking janitors of this progressive discipline action. I have written-up the entire maintenance staff for the following:

(note: Pictures and emails have been recorded to support my statements)

1- Insanitation and inappropriate handling of garbage in the premises of the College at Annex Building, which negligence has resulted in a development of a plague of roaches.

2- Lack of hygiene in Annex building bathrooms.

3- Classrooms are in deplorable conditions: floors are dirty, garbage are all over the place.

4- Offices are filthy: we have received complaints from different departments.

I am very confident that you will communicated this effectively to the maintenance staff. This has been recorded in their files.

Sincerely yours,

Jhonatan Aybar

Executive Assistant to the President

Long Island Business Institute

718-939-5100 **X**111

*"Don't stop believing"*

*The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.*

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

-----Original Message-----
From: William Dantiva [mailto:wdantiva@libi.edu]
Sent: Thursday, September 24, 2015 11:49 AM
To: fleone@libi.edu; jaybar@libi.edu; mfoote@libi.edu
Subject: RE: Roaches and roaches and roaches

Good Morning Mr. Frank,

We all know the problem in the Annex Building with the roaches Pest Control came for the second time last Friday and they sprayed the entire floor. We are working very hard to exterminate them for completely from our building. I ask you please have a little patience I really understand that roaches are very unpleasant for many people personally I hate them so much at this point we are doing the best we just have to wait and believe me I do not like to wait but in this case I don't have any other option, also I want you to know as a note from the Pest Control guys who came on Friday they let me know and they want me to understand very clear that roaches are not easy to kill!!!

William Dantiva.

Facility Manager.

Long Island Business Institute.

136-18 39th Ave. 5th FL.

Flushing, NY 11354

Phone: 718.939.5100 ext 119

Fax: 718.939.9235

Mission:

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

Attention: This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties

imposed under the Internal Revenue Code of 1986, as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

-----Original Message-----

From: fleone@libi.edu [mailto:fleone@libi.edu]

Sent: Thursday, September 24, 2015 8:44 AM

To: jaybar@libi.edu; wdantiva@libi.edu; mfoote@libi.edu

Subject: Roaches and roaches and roaches

I kill roaches every morning.

MISSION:

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

Attention: This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

| | |
|---|---|
| **From:** | hyu@libi.edu |
| **Sent:** | Friday, April 01, 2016 3:18 PM |
| **To:** | hazelyu0825@hotmail.com |
| **Subject:** | Fwd: Flushing Transfer Fair 3/22/16 |

----- Original Message -----
**From:**
tortiz@libi.edu

**To:**
wdantiva@libi.edu, hyu@libi.edu, szheng@libi.edu
**Cc:**
aventurino@libi.edu, aguo@libi.edu, jgilmore@libi.edu
**Sent:**
Mon, 21 Mar 2016 11:39:53 -0400
**Subject:**
Flushing Transfer Fair 3/22/16

Hi!

As a reminder, Flushing will be having its transfer fair tomorrow, **Tuesday March 22nd, 2016 from 11am-1pm**. Rooms 316 and the lounge have been reserved for the 8 schools who have confirmed. Room 312 should be set up for lunch.  The rooms should be complete by 9:30am.

Thank you so much for all of your help.


Tishely Ortiz
Coordinator of Career Services
Long Island Business Institute
136-18 39th Ave
Flushing, NY 11354

Long Island Business Institute
Extension Site
408 Broadway, 2nd Floor
New York, NY 10013

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986, as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).


**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

| | |
|---|---|
| **From:** | hyu@libi.edu |
| **Sent:** | Wednesday, April 06, 2016 10:57 AM |
| **To:** | hazelyu0825@hotmail.com |
| **Subject:** | Fwd: BASEMENT CARDBOARD |

----- Original Message -----
**From:**
"William Dantiva" <wdantiva@libi.edu>

**To:**
hyu@libi.edu
**Sent:**
Wed, 30 Mar 2016 14:00:53 -0400
**Subject:**
BASEMENT CARDBOARD

Hi Hazel,


As we discuss before, please make sure that will pick up all the cardboard from the basement and put it in the trash today. Thank You!!!



# William Dantiva.

Facility Manager.


Long Island Business Institute.

136-18 39th Ave. 5th FL.

Flushing, NY 11354

Phone: 718.939.5100 ext 119

Fax: 718.939.9235


Mission:

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment

opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986, as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:**                hyu@libi.edu
**Sent:**                Monday, April 11, 2016 6:39 PM
**To:**                hazelyu0825@hotmail.com
**Attachments:**     Inspection Log.xlsx

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

| Date | Time | Inspection Location | Findings |
|---|---|---|---|
| 4/8/2016 | 12:00pm | M Building 3rd FL | 2 teacher's chair stay on the hallway |
| | 12:10pm | M Building 3rd FL | 7 Chairs are not solid |
| | 12:30pm | M Building 5th FL | 3 boxed of flyer put on the hallway |
| | 2:30pm | A Building | Floor of both Restrooms were not clean. |
| | 3:30pm | M406 | two bulbs don't work |
| | 6:30pm | A Building | some chairs are not solid |
| 4/11/2016 | 12:00pm | M Building 3rd FL | In women's restroom, hand soap doesn't fit the soap dispense |
| | 12:00pm | M Building 3rd FL&4FL | Locks of the women's restrooms doesn't work. |
| | 2:00pm | A Building | Floor of both Restroons were not clean. |
| | 7:30pm | | |
| | | | |
| | | | |

| Suggestions | Communications |
|---|---|
| | |
| throw out | 4/8 sent email to William & Anna, wait for their decision |
| | talk to Candice |
| | |
| | |
| Mr. Liu checked every chairs on 4/9. | 4/11 talked to  William |
| Buy the fitted one | 4/11 sent email to William |
| | 4/11 sent email to William |
| | |
| | |
| | |
| | |

| Solution |
|---|
| I moved it into classroom. |
| 4/11 replaced these chairs and throwed broken chairs |
| Candice said that we don't need do anything. |
| MS. Guan cleaned at 3:30pm after she came to school |
| Asked Mr. Zhou Replaced them |
| Throw out |
| |
| |
| MS. Guan cleaned at 3:30pm after she came to school |
| |
| |
| |

| | |
|---|---|
| **From:** | hyu@libi.edu |
| **Sent:** | Friday, January 22, 2016 11:46 AM |
| **To:** | hazelyu0825@hotmail.com |
| **Subject:** | Fwd: RE: Waiver of Health Coverage |

----- Original Message -----
**From:**
"Monica Foote" <mfoote@libi.edu>

**To:**
hyu@libi.edu, wdantiva@libi.edu
**Cc:**
"Jhonatan Aybar" <jaybar@libi.edu>, "Joanne Hsiao" <jhsiao@libi.edu>
**Sent:**
Thu, 29 Oct 2015 18:46:09 -0400
**Subject:**
RE: Waiver of Health Coverage

Hazel and William,

Joanne and Jonathan have reported to me that they have not been given any enrollment forms for the maintenance workers; I know you understand that this is the law and it was your responsibility to let the individuals in question know that they need to sign these enrollment forms. Further, as per the e-mail message you received from Jonathan, you were responsible for scheduling one-on-one meetings for the maintenance staff with Ms. Hsiao. My understanding is that these meetings did not occur. I need to find out from you why those meetings did not take place as requested.

Please let me reiterate that you are the institution's liaison between the maintenance staff and the administration and we rely on you to follow through on these requests faithfully and promptly.

Thank you for your anticipated prompt response.

MWF

**From:** Jhonatan Aybar [mailto:jaybar@libi.edu]
**Sent:** Thursday, October 29, 2015 6:19 PM
**To:** Monica Foote
**Subject:** FW: Waiver of Health Coverage
**Importance:** High

**From:** Jhonatan Aybar [mailto:jaybar@libi.edu]
**Sent:** Friday, August 21, 2015 2:27 PM
**To:** 'hyu@libi.edu'
**Cc:** Monica Foote; Joanne Hsiao; 'wdantiva@libi.edu'
**Subject:** RE: Waiver of Health Coverage
**Importance:** High


Dear Hazel,


Please allow me to remind you that as a supervisor for the maintenance staff one of your duties is to serve as a liaison between the maintenance department and the administration of the College. Unfortunately, because of a language barrier some communications seems to be misunderstood and your incapacity to convey sensitive information about this matter to your staff have misled this process. As I mentioned in the previous email, (please see below) I stated the following: *"as a reminder, all employees that work 30 hours or more are eligible for insurance and **must be enrolled in our coverage**, unless they decide not to do so".* Simply said, it means they need to enroll in our insurance coverage, unless they decide not to enroll.


Joanne Hsiao, Fiscal Manager / Human Resources Director, verbally, requested you at the beginning of the year to communicate with the maintenance staff to follow up with this matter. As we were reviewing our employees that qualify for insurance and have yet to sign-up or opt out of our insurance coverage, we approached you last week to remind you of this task and follow up with the maintenance employees about this matter. Therefore, your responsibility to make sure they understand this policy was crucial since they do not understand English clearly, and you have been serving as an interpreter. It is of paramount importance that supervisors that deal with employees whose primary language is not English, convey information clearly and precisely – which is a task you have obviously failed, without even showing interest of providing possible solutions or seeking clarification. These types of actions from our front-line supervisors compromise the mission of the College and the administration will not tolerate such behaviors. Consequently, we expect a compromise from you with the institution and we hope you can serve as an outstanding liaison between your department and the administration in the pending matters and the ones to come.


A meeting should be arranged with your department in one-by-one case, so you can reiterate our original position regarding health insurance coverage and ask them if they want to enroll. The Fiscal Manager/ Human Resources Director must be present when you see your employees one-by-one to speak about this matter.

Please speak to me as soon as possible.

Sincerely yours,

Jhonatan Aybar

Executive Assistant to the President

Long Island Business Institute

718-939-5100 **X**111

*"Don't stop believing"*

*The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.*

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:** hyu@libi.edu [mailto:hyu@libi.edu]
**Sent:** Wednesday, August 19, 2015 2:19 PM
**To:** jhsiao@libi.edu
**Cc:** jaybar@libi.edu
**Subject:** Waiver of Health Coverage

Dear Joanne,

I asked the maintenance people to return this form. Nobody gave it back to me. They said that school didn't offer them the health insurance, then they bought Obama Care. They never refuse school's health insurance.

Thanks.


Huan Yu




----- Original Message -----

**From:**

"Jhonatan Aybar" <jaybar@libi.edu>


**To:**

hyu@libi.edu

**Cc:**

"Monica Foote" <mfoote@libi.edu>, "Joanne Hsiao" <jhsiao@libi.edu>

**Sent:**

Mon, 17 Aug 2015 14:28:58 -0400

**Subject:**

RE: Waiver in Chinese

Dear Hazel,



Thank you very much for following up with this matter. **As a reminder, all the employees that work 30 hours or more are eligible for insurance and must be enrolled in hour coverage, unless they decide not to do so.** they decide not to enroll in our health care plan, please have them sign the waiver and also have them provide you with a copy of their current insurance plan.



Sincerely yours,



Jhonatan Aybar

Executive Assistant to the President

4

Long Island Business Institute

718-939-5100 **X**111

*"Don't stop believing"*

*The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.*

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:** hyu@libi.edu [mailto:hyu@libi.edu]
**Sent:** Monday, August 17, 2015 11:33 AM
**To:** Joanne Hsiao
**Cc:** Jhonatan Aybar
**Subject:** Re: Waiver in Chinese

Hi Joanne,

I handed out the form to everyone on last Friday and told them to return it ASAP.

Thank you!

Huan Yu

5

----- Original Message -----

**From:**

"Joanne Hsiao" <jhsiao@libi.edu>

**To:**

<hyu@libi.edu>

**Cc:**

"Jhonatan Aybar" <jaybar@libi.edu>

**Sent:**

Fri, 14 Aug 2015 13:02:43 -0400

**Subject:**

Waiver in Chinese

Hi Hazel:

Enclosed please find the waiver of health insurance in Chinese. Other than the 6 copies I just sent to you, you may print it out for future use.

Thank you and best regards,

Joanne Hsiao

Fiscal Manager

718-939-5100 Ext. 118

Mission:

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex

6

and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:**               hyu@libi.edu
**Sent:**               Friday, January 22, 2016 11:47 AM
**To:**                 hazelyu0825@hotmail.com
**Subject:**            Fwd: RE: FW: Bugs in the Advising Office

----- Original Message -----
**From:**
"Jhonatan Aybar" <jaybar@libi.edu>

**To:**
hyu@libi.edu
**Cc:**
"William Dantiva" <wdantiva@libi.edu>
**Sent:**
Wed, 14 Oct 2015 18:18:36 -0400
**Subject:**
RE: FW: Bugs in the Advising Office

Hello Hazel,


Statement of the problem in write-up for employees must be detailed and specific, and moreover, should not expose employees that have submitted a complaint in order to avoid further confrontations among our employees. Write-ups must be handled professionally and with ethic.

Apparently, we will have to provide you with some training to improve your skills handling progressive discipline issues. Please see and use the statement of the problem highlighted in yellow below.


Statement of the problem: (violation of rules, standards, practices or unsatisfactory performance.)


02:00 PM, October 6, 2015. The Executive Assistant to President Mr. Aybar complained that a piece of biscuit has been there under his desk for three weeks since nobody has come over to clean. Mr. Aybar also showed the picture of biscuit.

01:54 PM, same day, Ms. Lauren Moxom mentioned in an email to Mr. Aybar that a bug-alike insect has been found in her cubicle at Student Success Center office (M506).

5:00 PM same day, Mr. Li Zhu said with a picture a roach was found in the microwave at Student Success Center office (M506).


The facility management department has been receiving complaints about cleanliness issues in the administrative offices located in the 5th floor of the main building, Flushing Campus. These locations have been assigned to you as a maintenance staff member of the institution. It is your responsibility to maintain clean this area and optimum conditions for the normal operations of the College.

1

The complaint stated the following and have been submitted along with pictures and independent witnesses statements:

- Residues of food have been found in the floor of the Executive Assistant to the President's office.

- Staff members have complained about roaches/bugs in the desks of the Student Success Center.

- A roach was found in the microwave located in the Student Success Center.

It is noticeable that the floors, desks, and tables have not been cleaned properly. This issue has leave place for insects to rise out of the dirt and residues of food left in the floors. Your poor job performance is an issue and must be addressed immediately. Your job duties are specifically to clean the area that has been assigned to you. This is a health issue and we are not tolerating this problem. The offices must been cleaned properly and failure to meet the standards requirements will result in further disciplinary actions.

---

**From:** hyu@libi.edu [mailto:hyu@libi.edu]
**Sent:** Saturday, October 10, 2015 12:00 AM
**To:** Jhonatan Aybar
**Subject:** Re: FW: Bugs in the Advising Office

Hello Jhonatan,

The information in the aforementioned email has been added. Please send me your confirmation. Thanks.

Again thank you.

Hazel

----- Original Message -----

2

**From:**

"Jhonatan Aybar" <jaybar@libi.edu>

**To:**

<hyu@libi.edu>

**Cc:**

"William Dantiva" <wdantiva@libi.edu>

**Sent:**

Fri, 9 Oct 2015 11:51:16 -0400

**Subject:**

FW: Bugs in the Advising Office

Hi Hazel,

Please include this in the write-up as well.

Thanks.

---

**From:** Lauren Moxom [mailto:lmoxom@libi.edu]
**Sent:** Tuesday, October 06, 2015 1:54 PM
**To:** 'Jhonatan Aybar'
**Subject:** Bugs in the Advising Office

Hello,

Over the last couple of weeks I've noticed bugs on and around my cubicle. I cannot specify as to what kind of bugs they are, but what I can't tell you I've been consistently seeing them. If there anyway we can fix this issue?

Warm Regards,

*Lauren Moxom*

Student Success Advisor and Disability Support Service Coordinator

Long Island Business Institute

136-18 39th Avenue

Flushing, New York 11354

Phone #: 718-939-5100 (EXT) 139

lmoxom@libi.edu

Mission:

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

The Long Island Business Institute Equal Employment Opportunity and Nondiscrimination Policy:

**The Long Island Business Institute does not discriminate against or permit harassment of employees or applicants for employment on the basis of race, color, sex, gender (including gender identity and expression), pregnancy, religion, creed, national origin, age, alienage and citizenship, status as a perceived or actual victim of domestic violence, disability, marital status, sexual orientation, military status, partnership status, genetic predisposition or carrier status, arrest record, or any other legally protected status.**

All personnel actions taken by the Long Island Business Institute, including but not limited to those relating to recruitment, hiring, promotions, compensation, benefits, transfers, layoffs, return from layoffs, training, education, and tuition assistance are based on the principle of equal employment opportunity.

**MISSION:**

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:**                          hyu@libi.edu
**Sent:**                          Friday, January 22, 2016 11:48 AM
**To:**                            hazelyu0825@hotmail.com
**Subject:**                       Fwd: Re: disciplinary notice


----- Original Message -----
**From:**
jaybar@libi.edu

**To:**
hyu@libi.edu
**Sent:**
Wed, 07 Oct 2015 17:04:42 -0400
**Subject:**
Re: disciplinary notice
Please a piece describing the plague of roaches. This has been product of not enough hygiene in our premises.   We
have received pictures of roaches in the Student success Center and in the microwave.


----- Original Message -----
**From:**
hyu@libi.edu

**To:**
<jaybar@libi.edu>
**Cc:**

**Sent:**
Wed, 07 Oct 2015 10:35:09 -0400
**Subject:**
disciplinary notice


Hi Jhonatan,

I finished filling out the disciplinary notice for Mr.Zhou and Ms.You. Please confirm it. If there is no
problem, I will give them to sign it.

Thanks.

Hazel Yu


**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body
with current and relevant career and technical training that leads to new employment opportunities.
LIBI provides a well-rounded educational experience for the development of a broader range of skill
sets required to succeed in today's complex and challenging business environment. LIBI strives to
create a positive and empowering learning environment that supports the immediate efforts of our
students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please
delete the message and notify the sender. Any views or opinions presented are solely those of the
author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are
informing you that unless expressly stated otherwise, nothing contained in this document was
intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding
penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting,
marketing or recommending any tax transaction or matter addressed herein (including
attachments).

1

**MISSION:**

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:**        hyu@libi.edu
**Sent:**        Friday, January 22, 2016 11:48 AM
**To:**          hazelyu0825@hotmail.com
**Subject:**     Fwd: HR166 Discipline - Disciplinary Notice
**Attachments:** HR166 Discipline - Disciplinary Notice.docx

----- Original Message -----
**From:**
"Jhonatan Aybar" <jaybar@libi.edu>

**To:**
hyu@libi.edu, "William Dantiva" <wdantiva@libi.edu>
**Cc:**
"Monica Foote" <mfoote@libi.edu>, echeung@libi.edu
**Sent:**
Tue, 6 Oct 2015 14:08:22 -0400
**Subject:**
HR166 Discipline - Disciplinary Notice

Dear Hazel,


As per our conversation, you are proceeding to write-up the people responsible for cleaning the offices of the 5th floor. We have received complaints of staff about having roaches/buds in their workstations. Also, I have seen residues of foods (piece of a cookie) under my desk for the last 3 weeks. Please correct this behavior and make sure the clean properly the premises. This continuous negligence by the maintenance staff is escalating to a point that is damaging the College image and affecting our operations to unmeasurable extends.


We have also been receiving complaints about roaches in the Annex building.  We need to address the maintenance staff in the Annex building as well. Please once you finish with this case, let's write up those responsible for Annex building cleanliness.


Sincerely yours,


Jhonatan Aybar

Executive Assistant to the President

Long Island Business Institute

718-939-5100 **X**111

*''Don't stop believing''*

*The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.*

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

# LONG ISLAND BUSINESS INSTITUTE

**Form: HR166** ☐Flushing ☐Manhattan ☐Commack

Disciplinary Notice

cc: Personnel Folder

<u>**Discipline: Disciplinary Notice**</u>

Employee:

Department:

**Steps:**
[X ] Informal Warning
[ ] Formal Warning
[ ] Final Warning
[ ] Dismissal

1. Statement of the problem: (violation of rules, standards, practices or unsatisfactory performance.)

2. Prior discussion or warnings on this subject: (oral, written, dates.)

3. Statement of company policy on this subject:

4. Summary of corrective action to be taken: (Include dates for improvement and plans for follow-up.)

5. Consequences of failure to improve performance or corrective behavior:

6. Employee comments:

_____

_____

_____

_____

_____

Employee Signature: _____ Date: _____

Supervisor Signature: _____ Date: _____

**Distribution: One copy to Employee, one copy to Supervisor and original copy to Personnel File.**

**From:**            hyu@libi.edu
**Sent:**            Friday, January 22, 2016 11:49 AM
**To:**              hazelyu0825@hotmail.com
**Subject:**        Fwd: FW: Roaches and roaches and roaches

----- Original Message -----
**From:**
"Jhonatan Aybar" <jaybar@libi.edu>

**To:**
"William Dantiva" <wdantiva@libi.edu>, hyu@libi.edu
**Cc:**
"Monica Foote" <mfoote@libi.edu>
**Sent:**
Thu, 24 Sep 2015 13:38:06 -0400
**Subject:**
FW: Roaches and roaches and roaches

Dear Facility Dept.,

The problem with the roaches seems to have escalated to a upper level of decontrol.  The facility management has demonstrated to be incapable of sustaining a welcoming environment in the premises of the College -- floors are dirty, bathrooms are not hygienic, classrooms are not in good conditions for teaching, offices are filthy, and like it was not enough now we have to deal with a plague of roaches because garbage was not handled properly by our maintenance staff.

The level of negligence and careless of your staff is unbearable - and it is affecting every aspect of the operations of the College. Therefore, as supervisors of the maintenance staff you have the responsibility of addressing this behavior through progressive discipline.  However, I have taken the liberty of proceeding to address this issue directly and I am making you accountable for delivering this communication to the maintenance staff due to the lack of communication because of language barriers that exist between the janitors and the executive staff.

Consequently, Hazel, I need you to translate a massage for the non-English speaking janitors of this progressive discipline action. I have written-up the entire maintenance staff for the following:

(note: Pictures and emails have been recorded to support my statements)

1- Insanitation and inappropriate handling of garbage in the premises of the College at Annex Building, which negligence has resulted in a development of a plague of roaches.

2- Lack of hygiene in Annex building bathrooms.

3- Classrooms are in deplorable conditions: floors are dirty, garbage are all over the place.

4- Offices are filthy: we have received complaints from different departments.

I am very confident that you will communicated this effectively to the maintenance staff. This has been recorded in their files.

Sincerely yours,

Jhonatan Aybar

Executive Assistant to the President

Long Island Business Institute

718-939-5100 **X**111

*"Don't stop believing"*

*The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.*

**<u>Attention:</u>** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

-----Original Message-----
From: William Dantiva [mailto:wdantiva@libi.edu]
Sent: Thursday, September 24, 2015 11:49 AM
To: fleone@libi.edu; jaybar@libi.edu; mfoote@libi.edu
Subject: RE: Roaches and roaches and roaches

Good Morning Mr. Frank,

We all know the problem in the Annex Building with the roaches Pest Control came for the second time last Friday and they sprayed the entire floor. We are working very hard to exterminate them for completely from our building. I ask you please have a little patience I really understand that roaches are very unpleasant for many people personally I hate them so much at this point we are doing the best we just have to wait and believe me I do not like to wait but in this case I don't have any other option, also I want you to know as a note from the Pest Control guys who came on Friday they let me know and they want me to understand very clear that roaches are not easy to kill!!!

William Dantiva.

Facility Manager.

Long Island Business Institute.

136-18 39th Ave. 5th FL.

Flushing, NY 11354

Phone: 718.939.5100 ext 119

Fax: 718.939.9235

Mission:

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for

2

the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

Attention: This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986, as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

-----Original Message-----

From: fleone@libi.edu [mailto:fleone@libi.edu]

Sent: Thursday, September 24, 2015 8:44 AM

To: jaybar@libi.edu; wdantiva@libi.edu; mfoote@libi.edu

Subject: Roaches and roaches and roaches

I kill roaches every morning.

MISSION:

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

Attention: This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986, as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986, as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:**          hyu@libi.edu
**Sent:**          Friday, January 22, 2016 11:50 AM
**To:**            hazelyu0825@hotmail.com
**Subject:**       Fwd: RE: Waiver of Health Coverage

----- Original Message -----
**From:**
"Jhonatan Aybar" <jaybar@libi.edu>

**To:**
hyu@libi.edu
**Cc:**
"Monica Foote" <mfoote@libi.edu>, "Joanne Hsiao" <jhsiao@libi.edu>, wdantiva@libi.edu
**Sent:**
Fri, 21 Aug 2015 14:26:52 -0400
**Subject:**
RE: Waiver of Health Coverage

Dear Hazel,


Please allow me to remind you that as a supervisor for the maintenance staff one of your duties is to serve as a liaison between the maintenance department and the administration of the College. Unfortunately, because of a language barrier some communications seems to be misunderstood and your incapacity to convey sensitive information about this matter to your staff have misled this process. As I mentioned in the previous email, (please see below) I stated the following: *"as a reminder, all employees that work 30 hours or more are eligible for insurance and must be enrolled in our coverage, unless they decide not to do so".* Simply said, it means they need to enroll in our insurance coverage, unless they decide not to enroll.


Joanne Hsiao, Fiscal Manager / Human Resources Director, verbally, requested you at the beginning of the year to communicate with the maintenance staff to follow up with this matter. As we were reviewing our employees that qualify for insurance and have yet to sign-up or opt out of our insurance coverage, we approached you last week to remind you of this task and follow up with the maintenance employees about this matter. Therefore, your responsibility to make sure they understand this policy was crucial since they do not understand English clearly, and you have been serving as an interpreter. It is of paramount importance that supervisors that deal with employees whose primary language is not English, convey information clearly and precisely – which is a task you have obviously failed, without even showing interest of providing possible solutions or seeking clarification. These types of actions from our front-line supervisors compromise the mission of the College and the administration will not tolerate such behaviors. Consequently, we expect a compromise from you with the institution and we hope you can serve as an outstanding liaison between your department and the administration in the pending matters and the ones to come.

A meeting should be arranged with your department in one-by-one case, so you can reiterate our original position regarding health insurance coverage and ask them if they want to enroll. The Fiscal Manager/ Human Resources Director must be present when you see your employees one-by-one to speak about this matter.

Please speak to me as soon as possible.

Sincerely yours,

Jhonatan Aybar

Executive Assistant to the President

Long Island Business Institute

718-939-5100 **X**111

*"Don't stop believing"*

*The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.*

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:** hyu@libi.edu [mailto:hyu@libi.edu]
**Sent:** Wednesday, August 19, 2015 2:19 PM
**To:** jhsiao@libi.edu
**Cc:** jaybar@libi.edu
**Subject:** Waiver of Health Coverage

Dear Joanne,

I asked the maintenance people to return this form. Nobody gave it back to me. They said  that school didn't offer them the health insurance, then they bought Obama Care. They never refuse school's health insurance.

Thanks.

Huan Yu

----- Original Message -----

**From:**

"Jhonatan Aybar" <jaybar@libi.edu>

**To:**

hyu@libi.edu

**Cc:**

"Monica Foote" <mfoote@libi.edu>, "Joanne Hsiao" <jhsiao@libi.edu>

**Sent:**

Mon, 17 Aug 2015 14:28:58 -0400

**Subject:**

RE: Waiver in Chinese

Dear Hazel,

I

Thank you very much for following up with this matter. **As a reminder, all the employees that work 30 hours or more are eligible for insurance and must be enrolled in hour coverage, unless they decide not to do so.** they decide not to enroll in our health care plan, please have them sign the waiver and also have them provide you with a copy of their current insurance plan.

Sincerely yours,

Jhonatan Aybar

Executive Assistant to the President

Long Island Business Institute

718-939-5100 **X**111

*"Don't stop believing"*

*The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.*

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:** hyu@libi.edu [mailto:hyu@libi.edu]
**Sent:** Monday, August 17, 2015 11:33 AM
**To:** Joanne Hsiao
**Cc:** Jhonatan Aybar
**Subject:** Re: Waiver in Chinese

Hi Joanne,

I handed out the form to everyone on last Friday and told them to return it ASAP.

Thank you!

Huan Yu

----- Original Message -----

**From:**

"Joanne Hsiao" <jhsiao@libi.edu>

**To:**

<hyu@libi.edu>

**Cc:**

"Jhonatan Aybar" <jaybar@libi.edu>

**Sent:**

Fri, 14 Aug 2015 13:02:43 -0400

**Subject:**

Waiver in Chinese

Hi Hazel:

Enclosed please find the waiver of health insurance in Chinese. Other than the 6 copies I just sent to you, you may print it out for future use.

Thank you and best regards,

Joanne Hsiao

Fiscal Manager

718-939-5100 Ext. 118

Mission:

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

| | |
|---|---|
| **From:** | hyu@libi.edu |
| **Sent:** | Friday, January 22, 2016 11:50 AM |
| **To:** | hazelyu0825@hotmail.com |
| **Subject:** | Fwd: RE: Waiver in Chinese |

----- Original Message -----
**From:**
"Jhonatan Aybar" <jaybar@libi.edu>

**To:**
hyu@libi.edu
**Cc:**
"Monica Foote" <mfoote@libi.edu>, "Joanne Hsiao" <jhsiao@libi.edu>
**Sent:**
Mon, 17 Aug 2015 14:28:58 -0400
**Subject:**
RE: Waiver in Chinese

Dear Hazel,


Thank you very much for following up with this matter. As a reminder, all the employees that work 30 hours or more are eligible for insurance and must be enrolled in hour coverage, unless they decide not to do so.  If they decide not to enroll in our health care plan, please have them sign the waiver and also have them provide you with a copy of their current insurance plan.



Sincerely yours,



Jhonatan Aybar

Executive Assistant to the President

Long Island Business Institute

718-939-5100 **X**111

*"Don't stop believing"*


*The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and*

*empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.*

<u>Attention:</u> This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:** hyu@libi.edu [mailto:hyu@libi.edu]
**Sent:** Monday, August 17, 2015 11:33 AM
**To:** Joanne Hsiao
**Cc:** Jhonatan Aybar
**Subject:** Re: Waiver in Chinese

Hi Joanne,

I handed out the form to everyone on last Friday and told them to return it ASAP.

Thank you!

Huan Yu

----- Original Message -----

**From:**

"Joanne Hsiao" <jhsiao@libi.edu>

**To:**

<hyu@libi.edu>

**Cc:**

"Jhonatan Aybar" <jaybar@libi.edu>

**Sent:**

Fri, 14 Aug 2015 13:02:43 -0400

**Subject:**

Waiver in Chinese

Hi Hazel:


Enclosed please find the waiver of health insurance in Chinese. Other than the 6 copies I just sent to you, you may print it out for future use.

Thank you and best regards,


Joanne Hsiao

Fiscal Manager

718-939-5100 Ext. 118


Mission:

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.


**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the

purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:**                        Hazel <hyu@libi.edu>
**Sent:**                       Monday, May 23, 2016 11:33 PM
**To:**                           hazelyu0825@hotmail.com
**Subject:**                  Fwd: Re: Fwd: Wedenesday 18

----- Original Message -----
**From:**
"Hazel" <hyu@libi.edu>

**To:**
"aventurino" <aventurino@libi.edu>
**Cc:**
"Jhonatan Aybar" <jaybar@libi.edu>, sjohnson@libi.edu, wdantiva@libi.edu
**Sent:**
Mon, 23 May 2016 23:32:13 -0400
**Subject:**
Re: Fwd: Wedenesday 18

Dear Ms. Anna Venturino,

It is because of shortage of staff on Wednesday, I was doing everything of cleaning, maintenance, and others both in Main building and Annex building. I usually go out for dinner around 05:00 p.m. but delayed until 05:30 p.m. simply because I have no chance to leave. It was so busy for the whole day going back and forth between two buildings and many many rooms. Before I left for dinner, I actually filled in full the papers in M308 printer and kept the door open.

On Wednesday, before I came in to work William had left for nowhere. When I power on my computer, he said in email that he had gone out of campus and would be back later. I double checked your email and found that you had asked him to follow the schedule of 01:30 p.m. to 10:30 p.m.. However, before I left at 05:30 p.m., William still was not back. Then I thought of last Tuesday (05/17/16) he said to me he would be back to LIBI Flushing campus around 6:00 p.m.. I think he should have arranged the filling of schedule gaps, not only because he was possibly not be able to fulfill the job tasks for whatever reason, but also because the whole department has been long time in short of staff.

On Wednesday (05/18/16) I came back from dinner exactly 06:30 p.m. and found my keys missing. A couple of students witnessed Jhonatan was talking with Marcellus around 06:15 p.m. nearby the room M308. Therefore, it was not true that Jhonatan said he opened the door of M308 on 06:35 p.m.  In addition, when I came back to my room M401 exactly 06:30 p.m., M405 actually was orderly in class. If Jhonatan returned to room M401 after he opened the room M308 on 06:35 p.m., he was supposed to put keys back on my desk. In the matter of fact, I did not see him at that time when I was back on 06:30 p.m.

If it comes to an issue of student financial aid, why didn't Jhonatan ask Joe to open the room of M308 directly since Joe was in office and Jhonatan saw him on campus at that moment? It is common practice at LIBI that IT guys are always holding all the keys to computer rooms. By the way, room M405 was previously taken as computer classroom, to which Mr. Torres also has the access.

Please let me know if you have any other questions.


Huan Yu


----- Original Message -----
**From:**
"aventurino" <aventurino@libi.edu>

**To:**
"Hazel" <hyu@libi.edu>

**Cc:**
"Jhonatan Aybar" <jaybar@libi.edu>, <sjohnson@libi.edu>, <wdantiva@libi.edu>
**Sent:**
Mon, 23 May 2016 10:20:28 -0400
**Subject:**
Fwd: Wedenesday 18

Dear Hazel,

Please see the below email. On Tuesday, May 17th I sent you an email which you acknowledged stating that we will have no evening maintenance and that William and yourself will have to assume their responsibilities. Can you explain why the classrooms were not opened for the evening sessions? Please understand that if students are short contact hours it can affect their financial aid. This puts academics in a dilemma since students missed 30 minutes of classes. Please advise.

Thank you,

Anna Venturino


Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: Jhonatan Aybar <jaybar@libi.edu>
Date: 5/23/16 9:52 AM (GMT-05:00)
To: aventurino@libi.edu
Cc: Stacey Johnson <sjohnson@libi.edu>
Subject: Wedenesday 18


Dear Anna,


On Wednesday, May 18, while I was covering the front desk, Professor Marcellus called to inform us that room M308 was locked.  He said that he searched around the campus to find someone to open the room, but he was not successful.  I proceeded to call Hazel Yu, but she did not answer. Therefore, I went to look for her in her office, but she was not there, neither in the nearby areas.  As a result, I opened her office and took the master keys and went to open room M308 around 6:35 pm – please have in consideration that that class session starts at 6:10 pm.  Also, when I returned to Hazel office, I saw a group of students outside of room M405 (also locked) so I proceeded to open it.


Furthermore, I gave the keys to Joe Torres so he could go around and see what other classrooms needed to be opened.  These type of inconveniences affect directly the student learning outcome. Please address this situation.


Sincerely yours,


Jhonatan Aybar

Executive Assistant to the President

Long Island Business Institute

718-939-5100 **X**111

*"Don't stop believing"*

*The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.*

<u>Attention:</u> This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**<u>MISSION:</u>**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

<u>Attention:</u> This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**<u>MISSION:</u>**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

<u>Attention:</u> This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:**                      Hazel <hyu@libi.edu>
**Sent:**                       Tuesday, May 31, 2016 7:05 PM
**To:**                          hazelyu0825@hotmail.com
**Subject:**                 Fwd: Re: refrigerator in Annex Building

----- Original Message -----
**From:**
"Libi" <wdantiva@libi.edu>

**To:**
"Hazel" <hyu@libi.edu>
**Sent:**
Fri, 13 May 2016 19:12:31 -0400
**Subject:**
Re: refrigerator in Annex Building
Hazel,

Please tell them not to clean the refrigerators tomorrow ok.

William Dantiva
Thanks and Regards.

Sent from my iPhone

On May 13, 2016, at 5:29 PM, Hazel <hyu@libi.edu> wrote:

     OK. I got it.

     ----- Original Message -----
     **From:**
     "William Dantiva" <wdantiva@libi.edu>

     **To:**
     "Hazel" <hyu@libi.edu>
     **Cc:**

     **Sent:**
     Fri, 13 May 2016 17:27:03 -0400
     **Subject:**
     RE: refrigerator in Annex Building

     Hi Hazel,

     Yes they can throw everything in the garbage.

William Dantiva.

Facility Manager.


Long Island Business Institute.

136-18 39th Ave. 5th FL.

Flushing, NY 11354

Phone: 718.939.5100 ext 119

Fax: 718.939.9235


Mission:

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986, as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).


**From:** Hazel [mailto:hyu@libi.edu]
**Sent:** Friday, May 13, 2016 12:58 PM
**To:** William Dantiva
**Subject:** RE: refrigerator in Annex Building

I want to confirm if we can throw out all remaining food in both refrigerators tonight.

----- Original Message -----

**From:**

"William Dantiva" <wdantiva@libi.edu>

**To:**

"Hazel" <hyu@libi.edu>

**Cc:**

"Anna Venturino" <aventurino@libi.edu>

**Sent:**

Fri, 13 May 2016 12:20:06 -0400

**Subject:**

RE: refrigerator in Annex Building

Hi Hazel,

Ok noted, please note that we also need to clean the refrigerator on the 5 Floor Main building.

Thank you!!!!

# William Dantiva.

Facility Manager.

Long Island Business Institute.

136-18 39th Ave. 5th FL.

Flushing, NY 11354

Phone: 718.939.5100 ext 119

Fax: 718.939.9235

Mission:

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986, as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:** Hazel [mailto:hyu@libi.edu]
**Sent:** Thursday, May 12, 2016 3:53 PM
**To:** wdantiva@libi.edu
**Cc:** Anna Venturino
**Subject:** refrigerator in Annex Building

Hi William,

I found the refrigerator is smell bad in Annex Building Faculty Room. Could you send email to all faculties to tell them to take away their foods? We will clean this refrigerator on this Saturday.

Thanks.

Hazel Yu

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:**            Hazel <hyu@libi.edu>
**Sent:**            Tuesday, May 31, 2016 7:05 PM
**To:**              hazelyu0825@hotmail.com
**Subject:**         Fwd: RE: supplies order

----- Original Message -----
**From:**
"Hazel" <hyu@libi.edu>

**To:**
"William Dantiva" <wdantiva@libi.edu>
**Sent:**
Fri, 27 May 2016 12:52:20 -0400
**Subject:**
RE: supplies order
Hi William,

I don't know the quantity that you ordered.I received the following items yesterday afternoon.

1. Wipes; 4packs
2.Name Badge label: 4packs
3.A-Z dividers; 3Sets
4. Pencil Sharpener: 1

Thanks

Hazel Yu

----- Original Message -----
**From:**
"William Dantiva" <wdantiva@libi.edu>

**To:**
"Hazel" <hyu@libi.edu>
**Cc:**

**Sent:**
Fri, 27 May 2016 12:48:09 -0400
**Subject:**
RE: supplies order

Hi Hazel,

Did you receive everything as you request from Staples and Borax?

1

William Dantiva.

Facility Manager.


Long Island Business Institute.

136-18 39th Ave. 5th FL.

Flushing, NY 11354

Phone: 718.939.5100 ext 119

Fax: 718.939.9235


Mission:

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986, as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

---

**From:** Hazel [mailto:hyu@libi.edu]
**Sent:** Tuesday, May 24, 2016 1:07 PM
**To:** wdantiva@libi.edu
**Subject:** supplies order



Hi William,

We need order:

1. Bath Tissue

2. Wipes

3. Hand Towel

4. Pencil Sharpener: 1

5. Name Badge Label: 4Boxes

6. Divider A-Z:  3Sets

7. 13G Trash Bag

8. Glove


Thanks.


Hazel Yu


**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the

purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:**            Hazel <hyu@libi.edu>
**Sent:**             Tuesday, May 31, 2016 7:06 PM
**To:**                hazelyu0825@hotmail.com
**Subject:**         Fwd: Re: payroll report
**Attachments:**    Gard & Cleaning.xlsx

----- Original Message -----
**From:**
"Hazel" <hyu@libi.edu>

**To:**
"Libi" <wdantiva@libi.edu>
**Sent:**
Tue, 24 May 2016 11:16:53 -0400
**Subject:**
Re: payroll report

Hi William,

According to the decision you told me, I adjusted the payroll report. Please see the attachment.

Thanks.

Hazel Yu

----- Original Message -----
**From:**
"Libi" <wdantiva@libi.edu>

**To:**
"Hazel" <hyu@libi.edu>
**Cc:**
<gaoki@libi.edu>
**Sent:**
Mon, 23 May 2016 19:15:18 -0400
**Subject:**
Re: payroll report

Hi Hazel,

I need you to revise the schedule of hours last week of the three employees who took free time on Wednesday 18th visiting the lawyer.

William Dantiva
Thanks and Regards.

Sent from my iPhone

On May 23, 2016, at 2:05 PM, Hazel <hyu@libi.edu> wrote:

1

HI William,

Attachment is last two weeks payroll report. Please check it.

Thanks.

Hazel Yu

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

<Gard & Cleaning.xlsx>

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

# GARD & CLEANING

| | 5/09/-5/15/2016 | 5/16-5/22/2016 | Total(H) |
|---|---|---|---|
| Guan, Chun Lan | 35 | 28 | 63 |
| Liu, Qi Huai | 28 | 24 | 52 |
| You, Shu Hui | 35 | 35 | 70 |
| Yu, Huan | 40 | 40 | 80 |
| Zhou, Hui De | 32.5 | 26 | 58.5 |
| Zhou, Lan Feng | 35 | 35 | 70 |
| | | | |
| | | | |
| | | | |
| | | | |

| Comment |
| --- |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |

**From:**          Hazel <hyu@libi.edu>
**Sent:**          Tuesday, May 31, 2016 7:07 PM
**To:**            hazelyu0825@hotmail.com
**Subject:**       Fwd: RE: supplies order

----- Original Message -----
**From:**
"William Dantiva" <wdantiva@libi.edu>

**To:**
"Hazel" <hyu@libi.edu>
**Sent:**
Wed, 11 May 2016 12:19:19 -0400
**Subject:**
RE: supplies order

Hi Hazel,

I order all the supplies as you request.

# William Dantiva.

Facility Manager.

Long Island Business Institute.

136-18 39th Ave. 5th FL.

Flushing, NY 11354

Phone: 718.939.5100 ext 119

Fax: 718.939.9235

Mission:

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986, as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:** Hazel [mailto:hyu@libi.edu]
**Sent:** Monday, May 09, 2016 7:02 PM
**To:** wdantiva@libi.edu
**Subject:** supplies order

Hi William,

## We need order:

1.        Fastener Folder- Brown:  1Box

2.        9*12" Envelopes: 1Box

3.        #10 White Envelopes: 1Box

4.        Package Tape: 2Packs

5.        Tape-Small: 2Packs

6.        Paper Clip-jumbo: 2Packs

7.        Glue Stick: 1Pack

8.        Glove: 3Boxes

          Chalk: 12boxes

9.        13G Trash Bag: 2Boxes

ThThanks.

HuHuan Yu

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:** Hazel <hyu@libi.edu>
**Sent:** Tuesday, May 31, 2016 7:07 PM
**To:** hazelyu0825@hotmail.com
**Subject:** Fwd: RE: refrigerator in Annex Building

----- Original Message -----
**From:**
"William Dantiva" <wdantiva@libi.edu>

**To:**
"Hazel" <hyu@libi.edu>
**Sent:**
Fri, 13 May 2016 17:27:03 -0400
**Subject:**
RE: refrigerator in Annex Building

Hi Hazel,

Yes they can throw everything in the garbage.

# William Dantiva.

Facility Manager.

Long Island Business Institute.

136-18 39th Ave. 5th FL.

Flushing, NY 11354

Phone: 718.939.5100 ext 119

Fax: 718.939.9235

Mission:

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986, as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

---

**From:** Hazel [mailto:hyu@libi.edu]
**Sent:** Friday, May 13, 2016 12:58 PM
**To:** William Dantiva
**Subject:** RE: refrigerator in Annex Building

I want to confirm if we can throw out all remaining food in both refrigerators tonight.

----- Original Message -----

**From:**

"William Dantiva" <wdantiva@libi.edu>

**To:**

"Hazel" <hyu@libi.edu>

**Cc:**

"Anna Venturino" <aventurino@libi.edu>

**Sent:**

Fri, 13 May 2016 12:20:06 -0400

**Subject:**

RE: refrigerator in Annex Building

Hi Hazel,

Ok noted, please note that we also need to clean the refrigerator on the 5 Floor Main building.


Thank you!!!!


# William Dantiva.

Facility Manager.


Long Island Business Institute.

136-18 39th Ave. 5th FL.

Flushing, NY 11354

Phone: 718.939.5100 ext 119

Fax: 718.939.9235


Mission:

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986, as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).


**From:** Hazel [mailto:hyu@libi.edu]
**Sent:** Thursday, May 12, 2016 3:53 PM
**To:** wdantiva@libi.edu

**Cc:** Anna Venturino
**Subject:** refrigerator in Annex Building

Hi William,

I found the refrigerator is smell bad in Annex Building Faculty Room. Could you send email to all faculties to tell them to take away their foods? We will clean this refrigerator on this Saturday.

Thanks.


Hazel Yu

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:**          Hazel <hyu@libi.edu>
**Sent:**          Tuesday, May 31, 2016 7:08 PM
**To:**            hazelyu0825@hotmail.com
**Subject:**       Fwd: Time-off Request

----- Original Message -----
**From:**
"Jhonatan Aybar" <jaybar@libi.edu>

**To:**
"William Dantiva" <wdantiva@libi.edu>, kbrotherson@libi.edu, Jlin@libi.edu, "Connie Zheng" <szheng@libi.edu>, hyu@libi.edu, aarguelles@libi.edu, "Joanne Hsiao" <jhsiao@libi.edu>, lli@libi.edu, ccrimi@libi.edu, jgilmore@libi.edu, tortiz@libi.edu
**Cc:**
"Stacey Johnson" <sjohnson@libi.edu>, aventurino@libi.edu, "Monica Foote" <mfoote@libi.edu>, lzhu@libi.edu
**Sent:**
Fri, 13 May 2016 17:42:11 -0400
**Subject:**
Time-off Request

Dear managers and supervisors,


Please remember that as instructed in the form HR100, all employees must submit their time-off requests to their direct supervisor, who will pre-approve and forward the request to the director that oversees the department: "*Complete this form at least 2 weeks in advance to request time off for doctor visits, personal business, and vacation.* ==*Submit this form to your direct supervisor.*==  *He/she will pre-approve and then forward it to the Dean for final approval.*" - (**HR100 Form – 2012**).


Employees that brings HR100 forms to the general administration and/or payroll offices, will be instructed to submit this form to you directly.  Recently, a few employees have been bringing their time-off request forms to my office or the payroll office without your signatures.  In some occasions, to avoid some time constraints for the employees, I took care of the forms and forward it to you.  Nevertheless, this practice **MUST** stop, and policies have to be followed.  As supervisors and managers in the front line, it is your responsibility to make sure that your employees understand this procedure.


Thank you very much for your attention – have a great weekend!


Sincerely yours,


Jhonatan Aybar

Executive Assistant to the President

Long Island Business Institute

718-939-5100 **X**111

*"Don't stop believing"*

*The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.*

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

| | |
|---|---|
| **From:** | Hazel <hyu@libi.edu> |
| **Sent:** | Tuesday, May 31, 2016 7:08 PM |
| **To:** | hazelyu0825@hotmail.com |
| **Subject:** | Fwd: Fwd: Time-off request |

----- Original Message -----
**From:**
"aventurino" <aventurino@libi.edu>

**To:**
hyu@libi.edu
**Cc:**
"Jhonatan Aybar" <jaybar@libi.edu>
**Sent:**
Fri, 13 May 2016 18:27:03 -0400
**Subject:**
Fwd: Time-off request

Dear Hazel,

Why are the maintenance staff going to Mr. Aybar to sign off on their time off? You are their direct supervisor so therefore you are the one who can determine the needs of your department, not Mr. Aybar. My understanding is in the past you and Pier Chang would sign off on these requests so I am confused why you would now deviate from this practice. In the future please have the maintenance staff turn in these forms to you for approval.

Thank you,

Anna Venturino
Executive Director of Academic Operations and Student Services

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: Jhonatan Aybar <jaybar@libi.edu>
Date: 5/13/16 5:48 PM (GMT-05:00)
To: aventurino@libi.edu
Subject: Time-off request

Dear Anna,


During the past 10 days I have received two maintenance employees in my office trying to get their time-off request forms approved by me.  I do not understand what have caused this misunderstanding since the form clearly explains that it MUST be submitted to their direct supervisor, in this case Hazel Yu.


Could you please address this misunderstanding at your earliest convenience?  Thank you very much for your help!

1

Sincerely yours,


Jhonatan Aybar

Executive Assistant to the President

Long Island Business Institute

718-939-5100 **X**111

*"Don't stop believing"*


*The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.*

<u>**Attention:**</u> This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).


<u>**MISSION:**</u>
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

<u>**Attention:**</u> This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:**                  Hazel <hyu@libi.edu>
**Sent:**                  Tuesday, May 31, 2016 7:09 PM
**To:**                      hazelyu0825@hotmail.com
**Subject:**           Fwd: Re: Fwd: Time-off request

----- Original Message -----
**From:**
"Hazel" <hyu@libi.edu>

**To:**
"aventurino" <aventurino@libi.edu>
**Cc:**
"Jhonatan Aybar" <jaybar@libi.edu>
**Sent:**
Fri, 13 May 2016 18:42:40 -0400
**Subject:**
Re: Fwd: Time-off request

Dear Anna,


I have never approved any maintenance staffs' time off request. They were always approved and signed by Pier Chang and William Dantiva. You can check all time-off request forms. I was not given this power and nobody told me that I have this power before.


Thanks.


Hazel Yu


----- Original Message -----
**From:**
"aventurino" <aventurino@libi.edu>

**To:**
<hyu@libi.edu>
**Cc:**
"Jhonatan Aybar" <jaybar@libi.edu>
**Sent:**
Fri, 13 May 2016 18:27:03 -0400
**Subject:**
Fwd: Time-off request


Dear Hazel,

Why are the maintenance staff going to Mr. Aybar to sign off on their time off? You are their direct supervisor so therefore you are the one who can determine the needs of your department, not Mr. Aybar. My understanding is in the past you and Pier Chang would sign off on these requests so I am confused why you would now deviate from this practice. In the future please have the maintenance staff turn in these forms to you for approval.

Thank you,

Anna Venturino
Executive Director of Academic Operations and Student Services

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: Jhonatan Aybar <jaybar@libi.edu>
Date: 5/13/16 5:48 PM (GMT-05:00)
To: aventurino@libi.edu
Subject: Time-off request

Dear Anna,

During the past 10 days I have received two maintenance employees in my office trying to get their time-off request forms approved by me.  I do not understand what have caused this misunderstanding since the form clearly explains that it MUST be submitted to their direct supervisor, in this case Hazel Yu.

Could you please address this misunderstanding at your earliest convenience?  Thank you very much for your help!

Sincerely yours,

Jhonatan Aybar

Executive Assistant to the President

Long Island Business Institute

718-939-5100 **X**111

*"Don't stop believing"*

*The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a*

2

*positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.*

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:**              Hazel <hyu@libi.edu>
**Sent:**              Tuesday, May 31, 2016 7:10 PM
**To:**                hazelyu0825@hotmail.com
**Subject:**         Fwd: Repair Affairs & cups shortage

----- Original Message -----
**From:**
"Hazel" <hyu@libi.edu>

**To:**
wdantiva@libi.edu
**Cc:**
"Anna Venturino" <aventurino@libi.edu>
**Sent:**
Fri, 20 May 2016 13:40:44 -0400
**Subject:**
Repair Affairs & cups shortage
Hi William,

I report to you some problems as follows:

1.Water of sink flows very slowly in Annex Building women's restroom.
2.One light doesn't work in M410. It is the problem of its ballast.
3.I found the shortage of cups in main building storage room. Do you give the cups to anyone recently? If yes, please make up a supply request form.

Thanks.

Hazel Yu

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue

Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:** Hazel <hyu@libi.edu>
**Sent:** Tuesday, May 31, 2016 7:10 PM
**To:** hazelyu0825@hotmail.com
**Subject:** Fwd: Inspection Log &  Inventory Report
**Attachments:** Inspection Log5.16-5.20.2016.xlsx; Inventory Report5.9-5.20.2016.xlsx

----- Original Message -----
**From:**
"Hazel" <hyu@libi.edu>

**To:**
"Anna Venturino" <aventurino@libi.edu>
**Sent:**
Fri, 20 May 2016 19:55:23 -0400
**Subject:**
Inspection Log & Inventory Report
Dear Anna,

Attachments are inspection log and inventory report. Please check them.

Thanks.

Hazel Yu

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

1

| Date | Time | Inspection Location |
|------|------|---------------------|
| 5/16/2016 | 12:00am | 3rd Fl &4th Fl & 5th FL |
| | 12:30m | A Building |
| | 3:30pm | A Building |
| | 4:30pm | 3rd Fl &4th Fl & 5th FL |
| | 7:30pm | Both Buildings |
| 5/17/2016 | 1:00m | A Building |
| | 1:30pm | 3rd Fl &4th Fl & 5th FL |
| | 4:30m | A Building |
| | 5:00pm | 3rd Fl &4th Fl & 5th FL |
| | 7:30pm | Both Buildings |
| 5/18/2016 | 1:00pm | A Building |
| | 1:30pm | 3rd Fl &4th Fl & 5th FL |
| | 3:00pm | A Building |
| | 4:00pm-10:00pm | Both Buildings |
| 5/19/2016 | 12:30m | A Building |
| | 1:30pm | 3rd Fl &4th Fl & 5th FL |
| | 4:00m | A Building |
| | 5:00pm | 3rd Fl &4th Fl & 5th FL |
| | 7:30pm | Both Buildings |
| 5/20/2016 | 12:30m | 3rd Fl &4th Fl & 5th FL |
| | 1:30pm | A Building |
| | 4:00m | A Building |

| | 5:00pm | 3rd Fl &4th Fl & 5th FL |
|---|---|---|
| | 7:40pm | Both Buildings |

| Findings | Communications |
|---|---|
|  |  |
|  |  |
|  |  |
| Water of sink flows very slowly in Annex Building women's restroom. | Send email to William. |
|  |  |
|  |  |
|  |  |
|  |  |
| One light doesn't work in M410. | Send email to William. |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| i found the shortage of cups in main building storage room. | Send email to William. |
|  |  |
|  |  |

| | |
|---|---|
| | |

| Solutions |
| --- |
| |
| |
| |
| |
| |
| |
| |
| Mr. Zhou checked it. The problemn  is the ballast. |
| |
| |
| |
| Clean classrooms, offices and student lounge in A Building. |
| Clean both buildings including collect garbage, clean classrooms, offices and restrooms. |
| |
| |
| |
| |
| |
| |
| |

| Department | Transaction Item | Transaction Type | Quantity |
|---|---|---|---|
| Department | Transaction Item | Transaction Type | Quantity |
| Facility Department | ID Lanyard | Addition | 1000 |
| Facility Department | Tape-Big | Addition | 12 |
| Facility Department | Paper Clip- Jumbo | Addition | 20 |
| Facility Department | Tape-Small | Addition | 24 |
| Facility Department | Glue | Addition | 18 |
| Facility Department | Glove | Addition | 3 |
| Facility Department | Chalk | Addition | 12 |
| Facility Department | Envelope-9*12" | Addition | 250 |
| Facility Department | Envelope-#10 White | Addition | 500 |
| Facility Department | 13G Trash Bag | Addition | 4 |
| Facility Department | Fastener Folder-Brown | Addition | 50 |
| Front Desk | Copy Paper | Removal | 20 |
| Front Desk | Pen | Removal | 24 |
| Front Desk | Post-it- Big | Removal | 3 |
| Front Desk | Paper Clip-Regular | Removal | 3 |
| Front Desk | ID Lanyard | Removal | 50 |
| Facility Department | Envelopes-LIBI | Addition | 2500 |
| Register Department | Envelopes-LIBI | Removal | 500 |
| Register Department | Label-Mailing | Removal | 10 |
| Front Desk | Post-it- Big | Removal | 6 |
| Front Desk | Pen | Removal | 12 |
| Front Desk | Highlighter | Removal | 3 |
| Front Desk | Stapler | Removal | 1 |
| Front Desk | Tape-Small | Removal | 2 |
| Front Desk | Wite-out | Removal | 2 |
| Front Desk | Copy Paper | Removal | 20 |
| Academic Success Center | Binder 2" | Removal | 2 |
| IT Department | Wipe | Removal | 1 |
| Academics | Copy Paper | Removal | 10 |
| Library | Copy Paper | Removal | 3 |
| Library | Staples | Removal | 2 |
| Academics | Marker | Removal | 2 |
| Front Desk | Name Badge Label | Removal | 2 |
| Career Services | Tape-Small | Removal | 2 |
| Career Services | Glue | Removal | 1 |
| Computer Labs | Copy Paper | Removal | 17 |
| Facility Department | Bath Tissue | Removal | 9 |
| Facility Department | Hand Towel | Removal | 1 |
| Facility Department | 13G Trash Bag | Removal | 4 |
| Facility Department | Black Trash Bag | Removal | 2 |
| Facility Department | Clorox Clean-up | Removal | 1 |
| Facility Department | Hand Soap | Removal | 2 |
| Facility Department | Disinfectant Spray | Removal | 6 |
| Facility Department | Glove | Removal | 1 |
| Facility Department | Wipe | Removal | 8 |

| Facility Department | Windex | Removal | 1 |
| Facility Department | Toilet Bowel Cleaner-Clorox | Removal | 4 |
| Facility Department | Floor Cleaner-Pine Sol | Removal | 4 |
| Facility Department | Clorox Bleech | Removal | 3 |
| Facility Department | Hand Sanitizer | Removal | 4 |

| Created Date |
| --- |
| Created Date |
| 09-May-16 |
| 12-May-16 |
| 12-May-16 |
| 12-May-16 |
| 12-May-16 |
| 12-May-16 |
| 12-May-16 |
| 12-May-16 |
| 12-May-16 |
| 12-May-16 |
| 13-May-16 |
| 20-May-16 |
| 20-May-16 |
| 20-May-16 |
| 20-May-16 |
| 20-May-16 |
| 20-May-16 |
| 20-May-16 |
| 20-May-16 |
| 20-May-16 |
| 20-May-16 |
| 20-May-16 |
| 20-May-16 |
| 20-May-16 |
| 20-May-16 |
| 20-May-16 |
| 20-May-16 |
| 20-May-16 |
| 20-May-16 |
| 20-May-16 |
| 20-May-16 |
| 20-May-16 |
| 20-May-16 |
| 20-May-16 |
| 20-May-16 |
| 20-May-16 |
| 20-May-16 |
| 20-May-16 |
| 20-May-16 |
| 20-May-16 |
| 20-May-16 |
| 20-May-16 |
| 20-May-16 |
| 20-May-16 |
| 20-May-16 |
| 20-May-16 |
| 20-May-16 |

| |
|---|
| 20-May-16 |
| 20-May-16 |
| 20-May-16 |
| 20-May-16 |
| 20-May-16 |

**From:**          Hazel <hyu@libi.edu>
**Sent:**          Tuesday, May 31, 2016 7:11 PM
**To:**            hazelyu0825@hotmail.com
**Subject:**       Fwd: Re: Fwd: Wedenesday 18

----- Original Message -----
**From:**
"Hazel" <hyu@libi.edu>

**To:**
"aventurino" <aventurino@libi.edu>
**Cc:**
"Jhonatan Aybar" <jaybar@libi.edu>, sjohnson@libi.edu, wdantiva@libi.edu
**Sent:**
Mon, 23 May 2016 23:32:13 -0400
**Subject:**
Re: Fwd: Wedenesday 18

Dear Ms. Anna Venturino,

It is because of shortage of staff on Wednesday, I was doing everything of cleaning, maintenance, and others both in Main building and Annex building. I usually go out for dinner around 05:00 p.m. but delayed until 05:30 p.m. simply because I have no chance to leave. It was so busy for the whole day going back and forth between two buildings and many many rooms. Before I left for dinner, I actually filled in full the papers in M308 printer and kept the door open.

On Wednesday, before I came in to work William had left for nowhere. When I power on my computer, he said in email that he had gone out of campus and would be back later. I double checked your email and found that you had asked him to follow the schedule of 01:30 p.m. to 10:30 p.m.. However, before I left at 05:30 p.m., William still was not back. Then I thought of last Tuesday (05/17/16) he said to me he would be back to LIBI Flushing campus around 6:00 p.m.. I think he should have arranged the filling of schedule gaps, not only because he was possibly not be able to fulfill the job tasks for whatever reason, but also because the whole department has been long time in short of staff.

On Wednesday (05/18/16) I came back from dinner exactly 06:30 p.m. and found my keys missing. A couple of students witnessed Jhonatan was talking with Marcellus around 06:15 p.m. nearby the room M308. Therefore, it was not true that Jhonatan said he opened the door of M308 on 06:35 p.m.  In addition, when I came back to my room M401 exactly 06:30 p.m., M405 actually was orderly in class. If Jhonatan returned to room M401 after he opened the room M308 on 06:35 p.m., he was supposed to put keys back on my desk. In the matter of fact, I did not see him at that time when I was back on 06:30 p.m.

If it comes to an issue of student financial aid, why didn't Jhonatan ask Joe to open the room of M308 directly since Joe was in office and Jhonatan saw him on campus at that moment? It is common practice at LIBI that IT guys are always holding all the keys to computer rooms. By the way, room M405 was previously taken as computer classroom, to which Mr. Torres also has the access.

Please let me know if you have any other questions.


Huan Yu


----- Original Message -----
**From:**
"aventurino" <aventurino@libi.edu>

**To:**
"Hazel" <hyu@libi.edu>

1

**Cc:**
"Jhonatan Aybar" <jaybar@libi.edu>, <sjohnson@libi.edu>, <wdantiva@libi.edu>
**Sent:**
Mon, 23 May 2016 10:20:28 -0400
**Subject:**
Fwd: Wedenesday 18

Dear Hazel,

Please see the below email. On Tuesday, May 17th I sent you an email which you acknowledged stating that we will have no evening maintenance and that William and yourself will have to assume their responsibilities. Can you explain why the classrooms were not opened for the evening sessions? Please understand that if students are short contact hours it can affect their financial aid. This puts academics in a dilemma since students missed 30 minutes of classes. Please advise.

Thank you,

Anna Venturino


Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: Jhonatan Aybar <jaybar@libi.edu>
Date: 5/23/16 9:52 AM (GMT-05:00)
To: aventurino@libi.edu
Cc: Stacey Johnson <sjohnson@libi.edu>
Subject: Wedenesday 18


Dear Anna,


On Wednesday, May 18, while I was covering the front desk, Professor Marcellus called to inform us that room M308 was locked.  He said that he searched around the campus to find someone to open the room, but he was not successful.  I proceeded to call Hazel Yu, but she did not answer. Therefore, I went to look for her in her office, but she was not there, neither in the nearby areas.  As a result, I opened her office and took the master keys and went to open room M308 around 6:35 pm – please have in consideration that that class session starts at 6:10 pm.  Also, when I returned to Hazel office, I saw a group of students outside of room M405 (also locked) so I proceeded to open it.


Furthermore, I gave the keys to Joe Torres so he could go around and see what other classrooms needed to be opened.  These type of inconveniences affect directly the student learning outcome. Please address this situation.


Sincerely yours,


Jhonatan Aybar

Executive Assistant to the President

Long Island Business Institute

718-939-5100 **X**111

*"Don't stop believing"*

*The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.*

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:**          Hazel <hyu@libi.edu>
**Sent:**          Tuesday, May 31, 2016 7:14 PM
**To:**            hazelyu0825@hotmail.com
**Subject:**       Fwd: Fwd: RE: Waiver in Chinese


----- Original Message -----
**From:**
hyu@libi.edu

**To:**
hazelyu0825@hotmail.com
**Sent:**
Fri, 22 Jan 2016 11:50:25 -0500
**Subject:**
Fwd: RE: Waiver in Chinese


----- Original Message -----
**From:**
"Jhonatan Aybar" <jaybar@libi.edu>

**To:**
hyu@libi.edu
**Cc:**
"Monica Foote" <mfoote@libi.edu>, "Joanne Hsiao" <jhsiao@libi.edu>
**Sent:**
Mon, 17 Aug 2015 14:28:58 -0400
**Subject:**
RE: Waiver in Chinese

Dear Hazel,


Thank you very much for following up with this matter. As a reminder, all the employees that work 30 hours or more are eligible for insurance and must be enrolled in hour coverage, unless they decide not to do so.  If they decide not to enroll in our health care plan, please have them sign the waiver and also have them provide you with a copy of their current insurance plan.


Sincerely yours,


Jhonatan Aybar

Executive Assistant to the President

Long Island Business Institute

718-939-5100 **X**111

*"Don't stop believing"*

*The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.*

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

---

**From:** hyu@libi.edu [mailto:hyu@libi.edu]
**Sent:** Monday, August 17, 2015 11:33 AM
**To:** Joanne Hsiao
**Cc:** Jhonatan Aybar
**Subject:** Re: Waiver in Chinese

Hi Joanne,

I handed out the form to everyone on last Friday and told them to return it ASAP.

Thank you!

Huan Yu

----- Original Message -----

**From:**

"Joanne Hsiao" <jhsiao@libi.edu>


**To:**

<hyu@libi.edu>

**Cc:**

"Jhonatan Aybar" <jaybar@libi.edu>

**Sent:**

Fri, 14 Aug 2015 13:02:43 -0400

**Subject:**

Waiver in Chinese

Hi Hazel:


Enclosed please find the waiver of health insurance in Chinese. Other than the 6 copies I just sent to you, you may print it out for future use.

Thank you and best regards,


Joanne Hsiao

Fiscal Manager

718-939-5100 Ext. 118


Mission:

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment

3

that supports the immediate efforts of our students and
lays the foundation for life-long learning.

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body
with current and relevant career and technical training that leads to new employment opportunities.
LIBI provides a well-rounded educational experience for the development of a broader range of skill
sets required to succeed in today's complex and challenging business environment. LIBI strives to
create a positive and empowering learning environment that supports the immediate efforts of our
students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please
delete the message and notify the sender. Any views or opinions presented are solely those of the
author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are
informing you that unless expressly stated otherwise, nothing contained in this document was
intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding
penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting,
marketing or recommending any tax transaction or matter addressed herein (including
attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and
relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded
educational experience for the development of a broader range of skill sets required to succeed in today's complex
and challenging business environment. LIBI strives to create a positive and empowering learning environment that
supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message
and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure:
To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise,
nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the
purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting,
marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and
technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development
of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a
positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long
learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the
sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury
Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended
or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue
Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including
attachments).

| | |
|---|---|
| **From:** | Hazel <hyu@libi.edu> |
| **Sent:** | Tuesday, May 31, 2016 7:14 PM |
| **To:** | hazelyu0825@hotmail.com |
| **Subject:** | Fwd: Fwd: RE: Waiver of Health Coverage |

----- Original Message -----
**From:**
hyu@libi.edu

**To:**
hazelyu0825@hotmail.com
**Sent:**
Fri, 22 Jan 2016 11:50:01 -0500
**Subject:**
Fwd: RE: Waiver of Health Coverage

----- Original Message -----
**From:**
"Jhonatan Aybar" <jaybar@libi.edu>

**To:**
hyu@libi.edu
**Cc:**
"Monica Foote" <mfoote@libi.edu>, "Joanne Hsiao" <jhsiao@libi.edu>, wdantiva@libi.edu
**Sent:**
Fri, 21 Aug 2015 14:26:52 -0400
**Subject:**
RE: Waiver of Health Coverage

Dear Hazel,

Please allow me to remind you that as a supervisor for the maintenance staff one of your duties is to serve as a liaison between the maintenance department and the administration of the College.  Unfortunately, because of a language barrier some communications seems to be misunderstood and your incapacity to convey sensitive information about this matter to your staff have misled this process. As I mentioned in the previous email, (please see below) I stated the following: *"as a reminder, all employees that work 30 hours or more are eligible for insurance and must be enrolled in our coverage, unless they decide not to do so".*  Simply said, it means they need to enroll in our insurance coverage, unless they decide not to enroll.

Joanne Hsiao, Fiscal Manager / Human Resources Director, verbally, requested you at the beginning of the year to communicate with the maintenance staff to follow up with this matter. As we were reviewing our employees that qualify for insurance

and have yet to sign-up or opt out of our insurance coverage, we approached you last week to remind you of this task and follow up with the maintenance employees about this matter. Therefore, your responsibility to make sure they understand this policy was crucial since they do not understand English clearly, and you have been serving as an interpreter.  It is of paramount importance that supervisors that deal with employees whose primary language is not English, convey information clearly and precisely – which is a task you have obviously failed, without even showing interest of providing possible solutions or seeking clarification.  These types of actions from our front-line supervisors compromise the mission of the College and the administration will not tolerate such behaviors. Consequently, we expect a compromise from you with the institution and we hope you can serve as an outstanding liaison between your department and the administration in the pending matters and the ones to come.

A meeting should be arranged with your department in one-by-one case, so you can reiterate our original position regarding health insurance coverage and ask them if they want to enroll. The Fiscal Manager/ Human Resources Director must be present when you see your employees one-by-one to speak about this matter.

Please speak to me as soon as possible.

Sincerely yours,

Jhonatan Aybar

Executive Assistant to the President

Long Island Business Institute

718-939-5100 **X**111

*"Don't stop believing"*

*The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.*

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:** hyu@libi.edu [mailto:hyu@libi.edu]
**Sent:** Wednesday, August 19, 2015 2:19 PM
**To:** jhsiao@libi.edu
**Cc:** jaybar@libi.edu
**Subject:** Waiver of Health Coverage

Dear Joanne,

I asked the maintenance people to return this form. Nobody gave it back to me. They said  that school didn't offer them the health insurance, then they bought Obama Care. They never refuse school's health insurance.

Thanks.

Huan Yu

----- Original Message -----

**From:**

"Jhonatan Aybar" <jaybar@libi.edu>

**To:**

hyu@libi.edu

**Cc:**

"Monica Foote" <mfoote@libi.edu>, "Joanne Hsiao" <jhsiao@libi.edu>

**Sent:**

3

Mon, 17 Aug 2015 14:28:58 -0400

**Subject:**

RE: Waiver in Chinese

Dear Hazel,

I

Thank you very much for following up with this matter. **As a reminder, all the employees that work 30 hours or more are eligible for insurance and must be enrolled in hour coverage, unless they decide not to do so.** they decide not to enroll in our health care plan, please have them sign the waiver and also have them provide you with a copy of their current insurance plan.

Sincerely yours,

Jhonatan Aybar

Executive Assistant to the President

Long Island Business Institute

718-939-5100 **X**111

*"Don't stop believing"*

*The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.*

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:** hyu@libi.edu [mailto:hyu@libi.edu]
**Sent:** Monday, August 17, 2015 11:33 AM
**To:** Joanne Hsiao
**Cc:** Jhonatan Aybar
**Subject:** Re: Waiver in Chinese

Hi Joanne,

I handed out the form to everyone on last Friday and told them to return it ASAP.

Thank you!

Huan Yu

----- Original Message -----

**From:**

"Joanne Hsiao" <jhsiao@libi.edu>

**To:**

<hyu@libi.edu>

**Cc:**

"Jhonatan Aybar" <jaybar@libi.edu>

**Sent:**

Fri, 14 Aug 2015 13:02:43 -0400

**Subject:**

Waiver in Chinese

Hi Hazel:


Enclosed please find the waiver of health insurance in Chinese. Other than the 6 copies I just sent to you, you may print it out for future use.

Thank you and best regards,


Joanne Hsiao

Fiscal Manager

718-939-5100 Ext. 118


Mission:

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.


**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as

amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:**                Hazel <hyu@libi.edu>
**Sent:**               Tuesday, May 31, 2016 7:15 PM
**To:**                  hazelyu0825@hotmail.com
**Subject:**         Fwd: Fwd: FW: Roaches and roaches and roaches

----- Original Message -----
**From:**
hyu@libi.edu

**To:**
hazelyu0825@hotmail.com
**Sent:**
Fri, 22 Jan 2016 11:48:54 -0500
**Subject:**
Fwd: FW: Roaches and roaches and roaches

    ----- Original Message -----
    **From:**
    "Jhonatan Aybar" <jaybar@libi.edu>

    **To:**
    "William Dantiva" <wdantiva@libi.edu>, hyu@libi.edu
    **Cc:**
    "Monica Foote" <mfoote@libi.edu>
    **Sent:**
    Thu, 24 Sep 2015 13:38:06 -0400
    **Subject:**
    FW: Roaches and roaches and roaches

    Dear Facility Dept.,

    The problem with the roaches seems to have escalated to a upper level of decontrol.  The facility management has demonstrated to be incapable of sustaining a welcoming environment in the premises of the College -- floors are dirty, bathrooms are not hygienic, classrooms are not in good conditions for teaching, offices are filthy, and like it was not enough now we have to deal with a plague of roaches because garbage was not handled properly by our maintenance staff.

    The level of negligence and careless of your staff is unbearable - and it is affecting every aspect of the operations of the College. Therefore, as supervisors of the maintenance staff you have the responsibility of addressing this behavior through progressive discipline.  However, I have taken the liberty of proceeding to address this issue directly and I am making you accountable for delivering this communication to the maintenance staff due to the lack of communication because of language barriers that exist between the janitors and the executive staff.

    Consequently, Hazel, I need you to translate a massage for the non-English speaking janitors of this progressive discipline action. I have written-up the entire maintenance staff for the following:

    (note: Pictures and emails have been recorded to support my statements)

    1-  Insanitation and inappropriate handling of garbage in the premises of the College at Annex Building, which negligence has resulted in a development of a plague of roaches.

    2-  Lack of hygiene in Annex building bathrooms.

3- Classrooms are in deplorable conditions: floors are dirty, garbage are all over the place.

4- Offices are filthy: we have received complaints from different departments.

I am very confident that you will communicated this effectively to the maintenance staff. This has been recorded in their files.

Sincerely yours,

Jhonatan Aybar

Executive Assistant to the President

Long Island Business Institute

718-939-5100 **X**111

*"Don't stop believing"*

*The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.*

**<u>Attention:</u>** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

-----Original Message-----
From: William Dantiva [mailto:wdantiva@libi.edu]
Sent: Thursday, September 24, 2015 11:49 AM
To: fleone@libi.edu; jaybar@libi.edu; mfoote@libi.edu
Subject: RE: Roaches and roaches and roaches

Good Morning Mr. Frank,

We all know the problem in the Annex Building with the roaches Pest Control came for the second time last Friday and they sprayed the entire floor. We are working very hard to exterminate them for completely from our building. I ask you please have a little patience I really understand that roaches are very unpleasant for many people personally I hate them so much at this point we are doing the best we just have to wait and believe me I do not like to wait but in this case I don't have any other option, also I want you to know as a note from the Pest Control guys who came on Friday they let me know and they want you to understand very clear that roaches are not easy to kill!!!

William Dantiva.

Facility Manager.

Long Island Business Institute.

136-18 39th Ave. 5th FL.

Flushing, NY 11354

Phone: 718.939.5100 ext 119

Fax: 718.939.9235

Mission:

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

Attention: This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986, as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

-----Original Message-----

From: fleone@libi.edu [mailto:fleone@libi.edu]

Sent: Thursday, September 24, 2015 8:44 AM

To: jaybar@libi.edu; wdantiva@libi.edu; mfoote@libi.edu

Subject: Roaches and roaches and roaches

I kill roaches every morning.

MISSION:

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

Attention: This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue

Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:**         Hazel <hyu@libi.edu>
**Sent:**         Tuesday, May 31, 2016 7:15 PM
**To:**           hazelyu0825@hotmail.com
**Subject:**      Fwd: Fwd: HR166 Discipline - Disciplinary Notice
**Attachments:**  HR166 Discipline - Disciplinary Notice.docx

----- Original Message -----
**From:**
hyu@libi.edu

**To:**
hazelyu0825@hotmail.com
**Sent:**
Fri, 22 Jan 2016 11:48:06 -0500
**Subject:**
Fwd: HR166 Discipline - Disciplinary Notice

----- Original Message -----
**From:**
"Jhonatan Aybar" <jaybar@libi.edu>

**To:**
hyu@libi.edu, "William Dantiva" <wdantiva@libi.edu>
**Cc:**
"Monica Foote" <mfoote@libi.edu>, echeung@libi.edu
**Sent:**
Tue, 6 Oct 2015 14:08:22 -0400
**Subject:**
HR166 Discipline - Disciplinary Notice

Dear Hazel,

As per our conversation, you are proceeding to write-up the people responsible for cleaning the offices of the 5th floor. We have received complaints of staff about having roaches/buds in their workstations. Also, I have seen residues of foods (piece of a cookie) under my desk for the last 3 weeks. Please correct this behavior and make sure the clean properly the premises. This continuous negligence by the maintenance staff is escalating to a point that is damaging the College image and affecting our operations to unmeasurable extends.

We have also been receiving complaints about roaches in the Annex building.  We need to address the maintenance staff in the Annex building as well. Please once you finish with this case, let's write up those responsible for Annex building cleanliness.

Sincerely yours,


Jhonatan Aybar

Executive Assistant to the President

Long Island Business Institute

718-939-5100 **X**111

*"Don't stop believing"*


*The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.*

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).


**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).


**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).



**LONG ISLAND**
**BUSINESS INSTITUTE**

Form: HR166 ☐Flushing ☐Manhattan ☐Commack

Disciplinary Notice

cc: Personnel Folder

**Discipline: Disciplinary Notice**

Employee:

Department:

**Steps:**
[X ] Informal Warning
[ ] Formal Warning
[ ] Final Warning
[ ] Dismissal

1. Statement of the problem: (violation of rules, standards, practices or unsatisfactory performance.)

2. Prior discussion or warnings on this subject: (oral, written, dates.)

3. Statement of company policy on this subject:

4. Summary of corrective action to be taken: (Include dates for improvement and plans for follow-up.)

5. Consequences of failure to improve performance or corrective behavior:

6. Employee comments:

_____

_____

_____

_____

_____

Employee Signature:  _____ Date: _____

Supervisor Signature:  _____ Date: _____

**Distribution: One copy to Employee, one copy to Supervisor and original copy to Personnel File.**

| | |
|---|---|
| **From:** | Hazel <hyu@libi.edu> |
| **Sent:** | Tuesday, May 31, 2016 7:16 PM |
| **To:** | hazelyu0825@hotmail.com |
| **Subject:** | Fwd: Waiver of Health Coverage |

----- Original Message -----
**From:**
hyu@libi.edu

**To:**
jhsiao@libi.edu
**Cc:**
jaybar@libi.edu
**Sent:**
Wed, 19 Aug 2015 14:18:51 -0400
**Subject:**
Waiver of Health Coverage

Dear Joanne,

I asked the maintenance people to return this form. Nobody gave it back to me. They said that school didn't offer them the health insurance, then they bought Obama Care. They never refuse school's health insurance.

Thanks.


Huan Yu



----- Original Message -----
**From:**
"Jhonatan Aybar" <jaybar@libi.edu>

**To:**
hyu@libi.edu
**Cc:**
"Monica Foote" <mfoote@libi.edu>, "Joanne Hsiao" <jhsiao@libi.edu>
**Sent:**
Mon, 17 Aug 2015 14:28:58 -0400
**Subject:**
RE: Waiver in Chinese

Dear Hazel,



Thank you very much for following up with this matter. As a reminder, all the employees that work 30 hours or more are eligible for insurance and must be enrolled in hour coverage, unless they decide not to do so.  If they decide not to enroll in our health care plan, please have them sign the waiver and also have them provide you with a copy of their current insurance plan.

1

Sincerely yours,


Jhonatan Aybar

Executive Assistant to the President

Long Island Business Institute

718-939-5100 **X**111

*"Don't stop believing"*


*The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.*

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).


**From:** hyu@libi.edu [mailto:hyu@libi.edu]
**Sent:** Monday, August 17, 2015 11:33 AM
**To:** Joanne Hsiao
**Cc:** Jhonatan Aybar
**Subject:** Re: Waiver in Chinese


Hi Joanne,


I handed out the form to everyone on last Friday and told them to return it ASAP.

Thank you!

Huan Yu

----- Original Message -----

**From:**

"Joanne Hsiao" <jhsiao@libi.edu>

**To:**

<hyu@libi.edu>

**Cc:**

"Jhonatan Aybar" <jaybar@libi.edu>

**Sent:**

Fri, 14 Aug 2015 13:02:43 -0400

**Subject:**

Waiver in Chinese

Hi Hazel:

Enclosed please find the waiver of health insurance in Chinese. Other than the 6 copies I just sent to you, you may print it out for future use.

Thank you and best regards,

Joanne Hsiao

Fiscal Manager

718-939-5100 Ext. 118

Mission:

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:**            Hazel <hyu@libi.edu>
**Sent:**            Tuesday, May 31, 2016 7:17 PM
**To:**              hazelyu0825@hotmail.com
**Subject:**         Fwd: Re: confirming your appointment with the attorney tomorrow at 1pm

----- Original Message -----
**From:**
hyu@libi.edu

**To:**
"Monica Foote" <mfoote@libi.edu>
**Sent:**
Thu, 28 May 2015 16:00:43 -0400
**Subject:**
Re: confirming your appointment with the attorney tomorrow at 1pm
 I have got it. Thank you very much.

----- Original Message -----
**From:**
"Monica Foote" <mfoote@libi.edu>

**To:**
<hyu@libi.edu>
**Cc:**

**Sent:**
Thu, 28 May 2015 15:53:52 -0400
**Subject:**
confirming your appointment with the attorney tomorrow at 1pm

David N. Saponara
Kudman Trachten Aloe LLP
Empire State Building
350 Fifth Avenue, Suite 4400
New York, New York 10118
T: 212.868.1010 | F: 212.868.0013

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:**                          Hazel <hyu@libi.edu>
**Sent:**                          Tuesday, May 31, 2016 7:19 PM
**To:**                            hazelyu0825@hotmail.com
**Subject:**                       Fwd: Re: MR. Hou


----- Original Message -----
**From:**
hyu@libi.edu

**To:**
"William Dantiva" <wdantiva@libi.edu>
**Sent:**
Fri, 02 Jan 2015 19:01:10 -0500
**Subject:**
Re: MR. Hou


Yes, I received. I put it on your desk.


 ----- Original Message -----
 **From:**
 "William Dantiva" <wdantiva@libi.edu>

 **To:**
 "hyu@libi.edu" <hyu@libi.edu>
 **Cc:**

 **Sent:**
 Wed, 31 Dec 2014 09:24:32 -0500
 **Subject:**
 Re: MR. Hou


 Hi Hazel,

 Did you received an envelope for me from nationwide?

 Sent from my iPhone.

 Thanks & Best Regards
 William Dantiva.

 On Dec 30, 2014, at 7:55 AM, hyu@libi.edu wrote:

  Everything is good. Don't worry.

  Happy Holiday!

  Hazel


  ----- Original Message -----
  **From:**
  "William Dantiva" <wdantiva@libi.edu>

1

**To:**
"hyu@libi.edu" <hyu@libi.edu>
**Cc:**

**Sent:**
Mon, 29 Dec 2014 14:43:14 -0500
**Subject:**
Re: MR. Hou

Ok good.

How is everything in the School?

Sent from my iPhone.

Thanks & Best Regards
William Dantiva.

On Dec 29, 2014, at 9:35 AM, hyu@libi.edu wrote:

> Hi William,
>
> i removed his time card already.
>
> Hazel
>
> **MISSION:**
> The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.
>
> **Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the

immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:** Hazel <hyu@libi.edu>
**Sent:** Tuesday, May 31, 2016 7:19 PM
**To:** hazelyu0825@hotmail.com
**Subject:** Fwd: Job description
**Attachments:** Job Description.docx

----- Original Message -----
**From:**
hyu@libi.edu

**To:**
jhsiao@libi.edu
**Sent:**
Sun, 21 Dec 2014 22:38:47 -0500
**Subject:**
Job description

Hi Joanne,

Attached is my job description.

Thanks.

Huan Yu

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**Employee Name:** Huan Yu

**Job Descriptions:**

**A.  General Management:**
1.  Making staff schedules including holiday and vacation day adjustment.
2.  Staff payroll hours reporting and records keeping.
3.  Staff sick day and vacation day hours reporting and records keeping.
4.  Staffing and supervising.

**B.  Supplies Management:**
5.  Handling departmental requisition and distributions.
6.  Supplies orders and procurement.
7.  Supplies inventory management.
8.  Maintenance supplies management.

**C.  MINI Market Management:**
9.  Day-to-Day operational management.
10. Checking out cash and reporting to William.
11. Generating sales report.
12. Inventory management. Physically taking inventory and generating inventory report.
13. Inventory purchases.

**D.  ID Card:**
14. Students ID card making and duplicating if need.
15. Staff ID card making and duplicating if need.
16. Faculty ID card making and duplicating if need.

**E.  Events Coordination:**
17. Setting up the location. Coordinating the moving of desks, chairs, and tables.
18. Restoring classroom and post-events cleaning.

**F.  Mails and packages:**
19. Stamp machine operations and management.
20. College out-going mails and packages stamping and sending.
21. College in-coming mails and packages distribution.

**G.  Printing Services:**

22. Printing letters, forms, hand-outs, reports, flyers, etc.

23. Stapling and outgivings of the above print-outs.

24. Printing machine maintenance and management.

**H.  Air Condition:**

25. Day-to-day monitoring the air-conditioning system making sure the system is functioning properly.

26. Coordinating repairs and system maintenance with the service provider (NBT).

**I.  Newspaper:**

27. Purchasing newspaper daily.

28. Making bi-weekly payments for the purchases of English newspaper.

29. Making bi-monthly payments to the World Journal.

**J.  Time-Clock Maintenance:**

30. Time-clocks hour adjustment.

31. Time-clock ribbon replacement.

32. Employee time-cards collection and placement.

**K.  Others**

33.   Other job tasks from the College management and immediate supervisor.

**From:** Hazel <hyu@libi.edu>
**Sent:** Tuesday, May 31, 2016 7:21 PM
**To:** hazelyu0825@hotmail.com
**Subject:** Fwd: Fwd: Mouse
**Attachments:** embeddedtext1.txt

----- Original Message -----
**From:**
ctchang@libi.edu

**To:**
hyu@libi.edu
**Sent:**
Wed, 24 Nov 2010 12:09:02 -0500
**Subject:**
Fwd: Mouse

Good Evening, Sabina just notified me that she just saw a mouse in the faculty room.

*Stacey S. Johnson*

*Chief Academic and Student Services Officer*

*Long Island Business Institute*

*136-17 39th Avenue 4th Floor*

*Flushing, NY 11354*

*(347) 368-1193 ext. 103*

*(718) 939-5100*

*(718) 939-9235 (fax)*

*Sjohnson@libi.edu*

The mission of LIBI is to:

➢ Provide college-level occupational studies to prepare students for entry-level

employment in the fields of court reporting, accounting, business management, office technology, medical office and homeland security and security management.

➢ Help each student achieve his or her highest potential.

➢ Provide the educational and cultural foundation for lifelong learning and career advancement in a constantly changing economy.

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:**           Hazel <hyu@libi.edu>
**Sent:**           Tuesday, May 31, 2016 7:21 PM
**To:**             hazelyu0825@hotmail.com
**Subject:**        Fwd: Fwd: Health Insurance Marketplace
**Attachments:**    Health Insurance Marketplace.pdf

----- Original Message -----
**From:**
ctchang@libi.edu

**To:**
hyu@libi.edu
**Sent:**
Sat, 14 Sep 2013 12:13:38 -0400
**Subject:**
Fwd: Health Insurance Marketplace

----- Original Message -----
**From:**
"Joanne Hsiao" <jhsiao@libi.edu>

**To:**
fl-staff@libi.edu, fl-adjunct@libi.edu, fl-fulltime@libi.edu, cm-staff@libi.edu, cm-adjunct@libi.edu, cm-fulltime@libi.edu
**Cc:**
mfoote@libi.edu
**Sent:**
Mon, 9 Sep 2013 12:38:01 -0400
**Subject:**
Health Insurance Marketplace

Dear LIBI community:


Regarding the Health Care Reform Act , the U.S Department of Labor has recently posed information about Health Insurance Marketplace. Please see the attachment of the notice.

Should you have any questions please visit https://www.healthcare.gov or contact me at 718-939-5100 ext. 118 for more information.

Best regards,



Joanne Hsiao

Fiscal Manager

718-939-5100 Ext. 118

Mission:

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.


THE MISSION OF LIBI IS TO:

- Provide college-level occupational studies to prepare students for entry-level employment in the court reporting field, and additionally, at the Flushing Campus for entry-level employment in accounting, business management, office technology, and medical office.
- Help each student achieve his or her highest potential.
- Provide the educational and cultural foundation for lifelong learning and career advancement in a constantly changing economy.

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**New Health Insurance Marketplace Coverage Options and Your Health Coverage**

Form Approved
OMB No. 1210-0149
(expires 11-30-2013)

## PART A: General Information

When key parts of the health care law take effect in 2014, there will be a new way to buy health insurance: the Health Insurance Marketplace. To assist you as you evaluate options for you and your family, this notice provides some basic information about the new Marketplace and employment-based health coverage offered by your employer.

### What is the Health Insurance Marketplace?

The Marketplace is designed to help you find health insurance that meets your needs and fits your budget. The Marketplace offers "one-stop shopping" to find and compare private health insurance options. You may also be eligible for a new kind of tax credit that lowers your monthly premium right away. Open enrollment for health insurance coverage through the Marketplace begins in October 2013 for coverage starting as early as January 1, 2014.

### Can I Save Money on my Health Insurance Premiums in the Marketplace?

You may qualify to save money and lower your monthly premium, but only if your employer does not offer coverage, or offers coverage that doesn't meet certain standards. The savings on your premium that you're eligible for depends on your household income.

### Does Employer Health Coverage Affect Eligibility for Premium Savings through the Marketplace?

Yes. If you have an offer of health coverage from your employer that meets certain standards, you will not be eligible for a tax credit through the Marketplace and may wish to enroll in your employer's health plan. However, you may be eligible for a tax credit that lowers your monthly premium, or a reduction in certain cost−sharing if your employer does not offer coverage to you at all or does not offer coverage that meets certain standards. If the cost of a plan from your employer that would cover you (and not any other members of your family) is more than 9.5% of your household income for the year, or if the coverage your employer provides does not meet the "minimum value" standard set by the Affordable Care Act, you may be eligible for a tax credit.[1]

**Note:** If you purchase a health plan through the Marketplace instead of accepting health coverage offered by your employer, then you may lose the employer contribution (if any) to the employer−offered coverage. Also, this employer contribution −as well as your employee contribution to employer−offered coverage− is often excluded from income for Federal and State income tax purposes. Your payments for coverage through the Marketplace are made on an after−tax basis.

### How Can I Get More Information?

For more information about your coverage offered by your employer, please check your summary plan description or contact  Oxford Health 888-201-3080 .

The Marketplace can help you evaluate your coverage options, including your eligibility for coverage through the Marketplace and its cost. Please visit HealthCare.gov for more information, including an online application for health insurance coverage and contact information for a Health Insurance Marketplace in your area.

---

[1] An employer−sponsored health plan meets the "minimum value standard" if the plan's share of the total allowed benefit costs covered by the plan is no less than 60 percent of such costs.

## PART B: Information About Health Coverage Offered by Your Employer

This section contains information about any health coverage offered by your employer. If you decide to complete an application for coverage in the Marketplace, you will be asked to provide this information. This information is numbered to correspond to the Marketplace application.

| 3. Employer name | 4. Employer Identification Number (EIN) |
|---|---|
| Long Island Business Institute | 11-2165549 |

| 5. Employer address | 6. Employer phone number |
|---|---|
| 136-18 39th Ave. 5F | 718-939-5100 Ext. 118 |

| 7. City | 8. State | 9. ZIP code |
|---|---|---|
| Flushing | NY | 11354 |

| 10. Who can we contact about employee health coverage at this job? |
|---|
| Joanne Hsiao, Fiscal Manager |

| 11. Phone number (if different from above) | 12. Email address |
|---|---|
|  | jhsiao@libi.edu |

Here is some basic information about health coverage offered by this employer:

- As your employer, we offer a health plan to:
  - ☐ All employees.

  - ☑ Some employees. Eligible employees are:

    Full-time employees

- With respect to dependents:
  - ☑ We do offer coverage. Eligible dependents are:

    Spouse, children

  - ☐ We do not offer coverage.

☑ If checked, this coverage meets the minimum value standard, and the cost of this coverage to you is intended to be affordable, based on employee wages.

  ** Even if your employer intends your coverage to be affordable, you may still be eligible for a premium discount through the Marketplace. The Marketplace will use your household income, along with other factors, to determine whether you may be eligible for a premium discount. If, for example, your wages vary from week to week (perhaps you are an hourly employee or you work on a commission basis), if you are newly employed mid-year, or if you have other income losses, you may still qualify for a premium discount.

If you decide to shop for coverage in the Marketplace, HealthCare.gov will guide you through the process. Here's the employer information you'll enter when you visit HealthCare.gov to find out if you can get a tax credit to lower your monthly premiums.

**From:**         Hazel <hyu@libi.edu>
**Sent:**         Tuesday, May 31, 2016 7:24 PM
**To:**           hazelyu0825@hotmail.com
**Subject:**      Fwd: New Facility Manager Mr. William Dantiva

----- Original Message -----
**From:**
"Joanne Hsiao" <jhsiao@libi.edu>

**To:**
cm-fulltime@libi.edu, cm-adjunct@libi.edu, cm-staff@libi.edu, fl-fulltime@libi.edu, fl-adjunct@libi.edu, fl-staff@libi.edu
**Cc:**
llee@pbcny.edu
**Sent:**
Mon, 8 Sep 2014 12:48:00 -0400
**Subject:**
New Facility Manager Mr. William Dantiva

Dear LIBI Community:

It is my pleasure to announce that Mr. William Dantiva has assumed the position of Facility Manager at LIBI and will be in charge of the supply/ID room.

Please join me in welcoming our new team member!

Joanne Hsiao

Fiscal Manager

718-939-5100 Ext. 118

Mission:

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**MISSION:**

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:**          Hazel <hyu@libi.edu>
**Sent:**          Tuesday, May 31, 2016 7:25 PM
**To:**            hazelyu0825@hotmail.com
**Subject:**       Fwd: Re: About Mr.Hou


----- Original Message -----
**From:**
"William Dantiva" <wdantiva@libi.edu>

**To:**
"hyu@libi.edu" <hyu@libi.edu>
**Sent:**
Mon, 29 Dec 2014 09:22:01 -0500
**Subject:**
Re: About Mr.Hou
Hi Hazel,

Tell him what we spoke before.. And tell him i am not in the country right now, when i go back i will give him the letter also please remove his time card from the box.

Sent from my iPhone.

Thanks & Best Regards
William Dantiva.

On Dec 29, 2014, at 8:31 AM, hyu@libi.edu wrote:

    Dear William,

    According to your arrangement, I noticed Mr. Hou don't come to work after Dec.29th, 2014.
    This morning, Mr.Hou still came to school and punched in. He said he wants you to tell him not to
    come to work, because you are his boss. In addition, he wants a laid off letter


    Happy new year!

    Hazel Yu

    **MISSION:**
    The mission of the Long Island Business Institute is to provide a culturally diverse student body
    with current and relevant career and technical training that leads to new employment opportunities.
    LIBI provides a well-rounded educational experience for the development of a broader range of skill
    sets required to succeed in today's complex and challenging business environment. LIBI strives to
    create a positive and empowering learning environment that supports the immediate efforts of our
    students and lays the foundation for life-long learning.

    **Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please
    delete the message and notify the sender. Any views or opinions presented are solely those of the
    author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are
    informing you that unless expressly stated otherwise, nothing contained in this document was
    intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding
    penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting,
    marketing or recommending any tax transaction or matter addressed herein (including
    attachments).

**MISSION:**

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:**            Hazel <hyu@libi.edu>
**Sent:**            Tuesday, May 31, 2016 7:30 PM
**To:**              hazelyu0825@hotmail.com
**Subject:**         Fwd: MAINTENANCE CHECKLIST


----- Original Message -----
**From:**
"William Dantiva" <wdantiva@libi.edu>

**To:**
hyu@libi.edu
**Sent:**
Mon, 6 Jul 2015 11:44:57 -0400
**Subject:**
MAINTENANCE CHECKLIST

Hi Hazel,


Please make sure all class room have today in the doors as we discussed the other day the new maintenance list, we need to get started tomorrow. Also please let everyone know that they must complete the list every day after finishing each classroom. Thank You!



# William Dantiva.

Facility Manager.


Long Island Business Institute.

136-18 39th Ave. 5th FL.

Flushing, NY 11354

Phone: 718.939.5100 ext 119

Fax: 718.939.9235


Mission:

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986, as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:** Hazel <hyu@libi.edu>
**Sent:** Tuesday, May 31, 2016 7:31 PM
**To:** hazelyu0825@hotmail.com
**Subject:** Fwd: RE: Waiver of Health Coverage

----- Original Message -----
**From:**
"Jhonatan Aybar" <jaybar@libi.edu>

**To:**
hyu@libi.edu
**Cc:**
"Monica Foote" <mfoote@libi.edu>, "Joanne Hsiao" <jhsiao@libi.edu>, wdantiva@libi.edu
**Sent:**
Fri, 21 Aug 2015 14:26:52 -0400
**Subject:**
RE: Waiver of Health Coverage

Dear Hazel,

Please allow me to remind you that as a supervisor for the maintenance staff one of your duties is to serve as a liaison between the maintenance department and the administration of the College. Unfortunately, because of a language barrier some communications seems to be misunderstood and your incapacity to convey sensitive information about this matter to your staff have misled this process. As I mentioned in the previous email, (please see below) I stated the following: *"as a reminder, all employees that work 30 hours or more are eligible for insurance and **must be enrolled in our coverage**, unless they decide not to do so".* Simply said, it means they need to enroll in our insurance coverage, unless they decide not to enroll.

Joanne Hsiao, Fiscal Manager / Human Resources Director, verbally, requested you at the beginning of the year to communicate with the maintenance staff to follow up with this matter. As we were reviewing our employees that qualify for insurance and have yet to sign-up or opt out of our insurance coverage, we approached you last week to remind you of this task and follow up with the maintenance employees about this matter. Therefore, your responsibility to make sure they understand this policy was crucial since they do not understand English clearly, and you have been serving as an interpreter. It is of paramount importance that supervisors that deal with employees whose primary language is not English, convey information clearly and precisely – which is a task you have obviously failed, without even showing interest of providing possible solutions or seeking clarification. These types of actions from our front-line supervisors compromise the mission of the College and the administration will not tolerate such behaviors. Consequently, we expect a compromise from you with the institution and we hope you can serve as an outstanding liaison between your department and the administration in the pending matters and the ones to come.

A meeting should be arranged with your department in one-by-one case, so you can reiterate our original position regarding health insurance coverage and ask them if they want to enroll. The Fiscal Manager/ Human Resources Director must be present when you see your employees one-by-one to speak about this matter.

Please speak to me as soon as possible.

Sincerely yours,

Jhonatan Aybar

Executive Assistant to the President

Long Island Business Institute

718-939-5100 **X**111

*"Don't stop believing"*

*The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.*

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:** hyu@libi.edu [mailto:hyu@libi.edu]
**Sent:** Wednesday, August 19, 2015 2:19 PM
**To:** jhsiao@libi.edu

**Cc:** jaybar@libi.edu
**Subject:** Waiver of Health Coverage

Dear Joanne,

I asked the maintenance people to return this form. Nobody gave it back to me. They said  that school didn't offer them the health insurance, then they bought Obama Care. They never refuse school's health insurance.

Thanks.

Huan Yu

----- Original Message -----

**From:**

"Jhonatan Aybar" <jaybar@libi.edu>

**To:**

hyu@libi.edu

**Cc:**

"Monica Foote" <mfoote@libi.edu>, "Joanne Hsiao" <jhsiao@libi.edu>

**Sent:**

Mon, 17 Aug 2015 14:28:58 -0400

**Subject:**

RE: Waiver in Chinese

Dear Hazel,

Thank you very much for following up with this matter. **As a reminder, all the employees that work 30 hours or more are eligible for insurance and must be enrolled in hour coverage, unless they decide not to do so.** they decide not to enroll in our health care plan, please have them sign the waiver and also have them provide you with a copy of their current insurance plan.

Sincerely yours,


Jhonatan Aybar

Executive Assistant to the President

Long Island Business Institute

718-939-5100 **X**111

*"Don't stop believing"*


*The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.*

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).


**From:** hyu@libi.edu [mailto:hyu@libi.edu]
**Sent:** Monday, August 17, 2015 11:33 AM
**To:** Joanne Hsiao
**Cc:** Jhonatan Aybar
**Subject:** Re: Waiver in Chinese


Hi Joanne,


I handed out the form to everyone on last Friday and told them to return it ASAP.

Thank you!


Huan Yu


----- Original Message -----

**From:**

"Joanne Hsiao" <jhsiao@libi.edu>


**To:**

<hyu@libi.edu>

**Cc:**

"Jhonatan Aybar" <jaybar@libi.edu>

**Sent:**

Fri, 14 Aug 2015 13:02:43 -0400

**Subject:**

Waiver in Chinese

Hi Hazel:


Enclosed please find the waiver of health insurance in Chinese. Other than the 6 copies I just sent to you, you may print it out for future use.

Thank you and best regards,


Joanne Hsiao

Fiscal Manager

718-939-5100 Ext. 118

Mission:

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:**                Hazel <hyu@libi.edu>
**Sent:**               Tuesday, May 31, 2016 7:32 PM
**To:**                  hazelyu0825@hotmail.com
**Subject:**          Fwd: RE: Supplies Order

----- Original Message -----
**From:**
"William Dantiva" <wdantiva@libi.edu>

**To:**
hyu@libi.edu
**Sent:**
Thu, 17 Sep 2015 15:43:29 -0400
**Subject:**
RE: Supplies Order

Hi Hazel,

I ordered everything ok maybe you would receive tomorrow.

# William Dantiva.

Facility Manager.

Long Island Business Institute.

136-18 39th Ave. 5th FL.

Flushing, NY 11354

Phone: 718.939.5100 ext 119

Fax: 718.939.9235

Mission:

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986, as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:** hyu@libi.edu [mailto:hyu@libi.edu]
**Sent:** Thursday, September 17, 2015 12:22 PM
**To:** wdantiva@libi.edu
**Subject:** Supplies Order

Hi William,

We need order:

1.Time Clock Acroprint 150NR4 Ribbon: 1

2.Blue Paper: 10Reams

3.Standard Paper Clips: 3Packs

4.3"Binder: 12

5.1"Binder: 12

Thanks

Huan Yu

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that

supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:**     Hazel  <hyu@libi.edu>
**Sent:**     Tuesday, May 31, 2016 7:32 PM
**To:**       hazelyu0825@hotmail.com
**Subject:**  Fwd: RE: Room A127
**Attachments:**  image002.gif


----- Original Message -----
**From:**
"William Dantiva" <wdantiva@libi.edu>

**To:**
"Adriana Arguelles" <AArguelles@libi.edu>, hyu@libi.edu
**Cc:**
"Jhonatan Aybar" <jaybar@libi.edu>
**Sent:**
Tue, 15 Sep 2015 17:10:55 -0400
**Subject:**
RE: Room A127

Hi Adriana,


Ok noted.



Hi Hazel,


Please see below email for your reference and can you please help Adriana with her request for this event. Thank you!




# William Dantiva.

Facility Manager.

1

Long Island Business Institute.

136-18 39th Ave. 5th FL.

Flushing, NY 11354

Phone: 718.939.5100 ext 119

Fax: 718.939.9235

Mission:

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986, as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:** Adriana Arguelles [mailto:AArguelles@libi.edu]
**Sent:** Tuesday, September 15, 2015 3:50 PM
**To:** William Dantiva
**Cc:** 'Jhonatan Aybar'
**Subject:** Room A127
**Importance:** High

Hello William,

We will have an event coming on Thursday September 17th  and 18th  in room A127. I'm asking for your help in leave the room empty tomorrow Wednesday, September 16th after 2:30 p.m. We will start to set up the room by 3:30 p.m. We just need the desk.

Thank you in advance for your assistance.

Best,


Adriana Arguelles

Librarian

Long Island Business Institute

E-mail:aarguelles@libi.edu

Tel. 718-9395100


Mission:

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.


Attention: This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986, as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).


**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:**     Hazel <hyu@libi.edu>
**Sent:**     Tuesday, May 31, 2016 7:34 PM
**To:**       hazelyu0825@hotmail.com
**Subject:**  Fwd: RE: Waiver of Health Coverage

----- Original Message -----
**From:**
"Monica Foote" <mfoote@libi.edu>

**To:**
hyu@libi.edu, wdantiva@libi.edu
**Cc:**
"Jhonatan Aybar" <jaybar@libi.edu>, "Joanne Hsiao" <jhsiao@libi.edu>
**Sent:**
Thu, 29 Oct 2015 18:46:09 -0400
**Subject:**
RE: Waiver of Health Coverage

Hazel and William,

Joanne and Jonathan have reported to me that they have not been given any enrollment forms for the maintenance workers; I know you understand that this is the law and it was your responsibility to let the individuals in question know that they need to sign these enrollment forms. Further, as per the e-mail message you received from Jonathan, you were responsible for scheduling one-on-one meetings for the maintenance staff with Ms. Hsiao. My understanding is that these meetings did not occur. I need to find out from you why those meetings did not take place as requested.

Please let me reiterate that you are the institution's liaison between the maintenance staff and the administration and we rely on you to follow through on these requests faithfully and promptly.

Thank you for your anticipated prompt response.

MWF

**From:** Jhonatan Aybar [mailto:jaybar@libi.edu]
**Sent:** Thursday, October 29, 2015 6:19 PM
**To:** Monica Foote
**Subject:** FW: Waiver of Health Coverage
**Importance:** High

1

**From:** Jhonatan Aybar [mailto:jaybar@libi.edu]
**Sent:** Friday, August 21, 2015 2:27 PM
**To:** 'hyu@libi.edu'
**Cc:** Monica Foote; Joanne Hsiao; 'wdantiva@libi.edu'
**Subject:** RE: Waiver of Health Coverage
**Importance:** High

Dear Hazel,

Please allow me to remind you that as a supervisor for the maintenance staff one of your duties is to serve as a liaison between the maintenance department and the administration of the College. Unfortunately, because of a language barrier some communications seems to be misunderstood and your incapacity to convey sensitive information about this matter to your staff have misled this process. As I mentioned in the previous email, (please see below) I stated the following: *"as a reminder, all employees that work 30 hours or more are eligible for insurance and must be enrolled in our coverage, unless they decide not to do so".* Simply said, it means they need to enroll in our insurance coverage, unless they decide not to enroll.

Joanne Hsiao, Fiscal Manager / Human Resources Director, verbally, requested you at the beginning of the year to communicate with the maintenance staff to follow up with this matter. As we were reviewing our employees that qualify for insurance and have yet to sign-up or opt out of our insurance coverage, we approached you last week to remind you of this task and follow up with the maintenance employees about this matter. Therefore, your responsibility to make sure they understand this policy was crucial since they do not understand English clearly, and you have been serving as an interpreter. It is of paramount importance that supervisors that deal with employees whose primary language is not English, convey information clearly and precisely – which is a task you have obviously failed, without even showing interest of providing possible solutions or seeking clarification. These types of actions from our front-line supervisors compromise the mission of the College and the administration will not tolerate such behaviors. Consequently, we expect a compromise from you with the institution and we hope you can serve as an outstanding liaison between your department and the administration in the pending matters and the ones to come.

A meeting should be arranged with your department in one-by-one case, so you can reiterate our original position regarding health insurance coverage and ask them if they want to enroll. The Fiscal Manager/ Human Resources Director must be present when you see your employees one-by-one to speak about this matter.

2

Please speak to me as soon as possible.

Sincerely yours,

Jhonatan Aybar

Executive Assistant to the President

Long Island Business Institute

718-939-5100 **X**111

*"Don't stop believing"*

*The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.*

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:** hyu@libi.edu [mailto:hyu@libi.edu]
**Sent:** Wednesday, August 19, 2015 2:19 PM
**To:** jhsiao@libi.edu
**Cc:** jaybar@libi.edu
**Subject:** Waiver of Health Coverage

Dear Joanne,

I asked the maintenance people to return this form. Nobody gave it back to me. They said  that school didn't offer them the health insurance, then they bought Obama Care. They never refuse school's health insurance.

Thanks.


Huan Yu




----- Original Message -----

**From:**

"Jhonatan Aybar" <jaybar@libi.edu>


**To:**

hyu@libi.edu

**Cc:**

"Monica Foote" <mfoote@libi.edu>, "Joanne Hsiao" <jhsiao@libi.edu>

**Sent:**

Mon, 17 Aug 2015 14:28:58 -0400

**Subject:**

RE: Waiver in Chinese

Dear Hazel,

I

Thank you very much for following up with this matter. **As a reminder, all the employees that work 30 hours or more are eligible for insurance and must be enrolled in hour coverage, unless they decide not to do so.** they decide not to enroll in our health care plan, please have them sign the waiver and also have them provide you with a copy of their current insurance plan.



Sincerely yours,



Jhonatan Aybar

Executive Assistant to the President

Long Island Business Institute

718-939-5100 **X**111

*"Don't stop believing"*

*The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.*

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:** hyu@libi.edu [mailto:hyu@libi.edu]
**Sent:** Monday, August 17, 2015 11:33 AM
**To:** Joanne Hsiao
**Cc:** Jhonatan Aybar
**Subject:** Re: Waiver in Chinese

Hi Joanne,

I handed out the form to everyone on last Friday and told them to return it ASAP.

Thank you!

Huan Yu

----- Original Message -----

**From:**

"Joanne Hsiao" <jhsiao@libi.edu>

**To:**

<hyu@libi.edu>

**Cc:**

"Jhonatan Aybar" <jaybar@libi.edu>

**Sent:**

Fri, 14 Aug 2015 13:02:43 -0400

**Subject:**

Waiver in Chinese

Hi Hazel:

Enclosed please find the waiver of health insurance in Chinese. Other than the 6 copies I just sent to you, you may print it out for future use.

Thank you and best regards,

Joanne Hsiao

Fiscal Manager

718-939-5100 Ext. 118

Mission:

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex

6

and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**MISSION:**

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:** Hazel <hyu@libi.edu>
**Sent:** Tuesday, May 31, 2016 7:35 PM
**To:** hazelyu0825@hotmail.com
**Subject:** Fwd: LIBI Organizational Chart
**Attachments:** LIBI Org Chart 2016.pdf

----- Original Message -----
**From:**
jaybar@libi.edu

**To:**
"fl-adjunct@libi.edu" <fl-adjunct@libi.edu>, "fl-fulltime@libi.edu" <fl-fulltime@libi.edu>, "fl-staff@libi.edu" <fl-staff@libi.edu>, "nycfaculty@libi.edu" <nycfaculty@libi.edu>, "nycstaff@libi.edu" <nycstaff@libi.edu>, "cm-adjunct@libi.edu" <cm-adjunct@libi.edu>, "cm-fulltime@libi.edu" <cm-fulltime@libi.edu>, "cm-staff@libi.edu" <cm-staff@libi.edu>
**Cc:**
"mfoote@libi.edu" <mfoote@libi.edu>, "Stacey Johnson" <sjohnson@libi.edu>, "aventurino@libi.edu" <aventurino@libi.edu>
**Sent:**
Sun, 21 Feb 2016 23:04:33 -0500
**Subject:**
LIBI Organizational Chart

Dear LIBI Community,

At the end of the last year, the President of the College addressed the community regarding the necessity of resizing the human resources due to low enrollment.  This is a very difficult task for the administration, as we appreciate the contribution of each member of this community. However, a restructure of the organization was deemed, in order to preserve the well-being of the institution.

The new structure of the organization is almost complete, and we wanted to share with the community the last update.  Please find enclosed the most recent organizational chart.

Sincerely yours,

Jhonatan Aybar

**Executive Assistant to the President**
**Long Island Business Institute**

1

Sent from Mail for Windows 10


**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).



**2016 Organizational Chart**

Leon Lee
Chairman of the
Board

Monica Foote
President

Jhonatan Aybar
**Executive Assistant
to the President**

Enrollment
Management

Li Zhu
Associate Director of
**Administration and
Financial Aid Systems**

Connie
Zheng
**Registrar**

Ronald Murray
**Director of Campus
Events and Special
Project Coordinator**

Anna Venturino
**Executive Director of
Academic Operations
and Student Services**

Joanne Hsiao
**Fiscal Manager
Human Resources**

Mika Lee
**Graphic Designer**

Stacey Johnson
**Provost**

Customer and
Visitor Center
Staff Flushing
and NYC

Admissions
Staff

Financial Aid Staff

Student
Record
Coordinator

Advising
Staff
Flushing
and NYC

Facilities
Department
Flushing

Career
Services Staff
Flushing and
NYC

Assistant
Bursars &
Payroll
Manager

**IT Dept.**

**Administrative
Assistant to the
Provost**

**Academic
Success
Center
Coordinators**

Adriana
Argüelles
**Senior
Librarian**

Library Staff

## COMMACK

Monica Foote
**President**

Michelle Houston
**Assistant Campus
Director**

Faculty

Christine Mattar
**Registrar**

Terry Canavan
**Librarian**

Kim
DelleCamellie
**Career
Services
Coordinator**

Sheila Baldwin
**Administrative
Assistant**

Nazaret
Kiregian
**Director of
Financial
Aid**

## ACADEMICS

Stacey Johnson
Provost

Peter Agcaian
Dean of Academic
Programs and
Assessment

Paul Schmick
Executive Director of
the Homeland
Security Dept

Catherine Crimi
Associate Director
of the Medical
Dept

Jose Santana
Associate Director of
the Business Dept

Faculty

Master Teacher

▮▮▮▮▮▮▮▮▮▮

**From:**            Hazel <hyu@libi.edu>
**Sent:**            Tuesday, May 31, 2016 7:36 PM
**To:**              hazelyu0825@hotmail.com
**Subject:**         Fwd: BASEMENT CARDBOARD

----- Original Message -----
**From:**
"William Dantiva" <wdantiva@libi.edu>

**To:**
hyu@libi.edu
**Sent:**
Wed, 30 Mar 2016 14:00:53 -0400
**Subject:**
BASEMENT CARDBOARD

Hi Hazel,

As we discuss before, please make sure that will pick up all the cardboard from the basement and put it in the trash today. Thank You!!!

# William Dantiva.

Facility Manager.

Long Island Business Institute.

136-18 39th Ave. 5th FL.

Flushing, NY 11354

Phone: 718.939.5100 ext 119

Fax: 718.939.9235

Mission:

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986, as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:**                  Hazel <hyu@libi.edu>
**Sent:**                  Tuesday, May 31, 2016 7:38 PM
**To:**                      hazelyu0825@hotmail.com
**Subject:**             Fwd: RE: inspection log
**Attachments:**       Copy of Inspection Log.xlsx

----- Original Message -----
**From:**
"Anna Venturino" <aventurino@libi.edu>

**To:**
hyu@libi.edu
**Cc:**
jaybar@libi.edu
**Sent:**
Wed, 20 Apr 2016 12:16:43 -0400
**Subject:**
RE: inspection log

Dear Hazel,


I have reviewed you log from last week and added a comment section. I have attached the updated log.  Please review.


Thank you,


Anna Venturino

Executive Director of Academic Operations and Student Services

Long Island Business Institute

136-18 39th Ave

Flushing, NY 11354

Tel: (718) 939-5100 ext126

e-mail: aventurino@libi.edu


    Mission:

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:** hyu@libi.edu [mailto:hyu@libi.edu]
**Sent:** Friday, April 15, 2016 7:41 PM
**To:** Anna Venturino
**Subject:** inspection log

Dear Anna,

Attachment is inspection log of this week. Please review it.

Have a good weekend!

Hazel Yu

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

| Date | Time | Inspection Location | Findings |
|---|---|---|---|
| 4/8/2016 | 12:00pm | M Building 3rd FL | 2 teacher's chairs stay on the hallway |
| | 12:10pm | M Building 3rd FL | Check all chairs in student lounge, 7 Chairs are not solid |
| | 12:30pm | M Building 5th FL | 3 boxed of flyer put on the hallway |
| | 3:00pm | A Building | Floor of both Restroons were not clean. |
| | 3:30pm | M406 | two bulbs don't work |
| | 6:30pm | A Building | some students' chairs are not solid |
| 4/11/2016 | 12:00pm | M Building 3rd FL | In women's restroom, hand soap doesn't fit the soap dispense |
| | 12:30pm | M Building 3rd FL&4FL | Locks of the women's restrooms doesn't work. |
| | 3:30pm | A Building | |
| | 7:30pm | Both two buildings | |
| 4/12/2016 | 12:00pm | A Building 4h Fl | |
| | 12:15pm | A Building | A121/A110/A123/A112/A127/A128/A129/A125/A115  lights don't work |
| | 12:40pm | M Building 5th Fl | |
| | 1:00pm | M Building 3rd FL | |
| | 2:30pm | M Building 3rd FL | |

| | | | |
|---|---|---|---|
| | 3:00pm | A Building | |
| | 4:00pm | A Building | Water of urinals flows very slowly. |
| | 7:30pm | Both two buildings | |
| 4/13/2016 | 11:00am | M3rd and 4 FL | |
| | 11:15am | A Building | |
| | 11:50am | M 5th &4 FL | |
| | 1:00pm | A Building | Front desk in A building reported to  me that a toilet bowl leaks water. |
| | 2:00pm | M Building | |
| | 4:15pm | A Building | |
| | 4:30pm | M 3rd Fl | |
| | 7:30pm | Both two buildings | Some toilet bowls lost screws. |
| 4/14/2016 | 11:00am | M3rd | |
| | 11:20am | 4thFL | |
| | 11:30am | A Building | |
| | 1:00pm | M3rd | |
| | 1:30pm | A Building | |
| | 2:30pm | 5th FL | |

| | | | |
|---|---|---|---|
| | 3:00pm | A Building | |
| | 4:00pm | M3rd & 4th FL | In M316, a box was put in the corner(after the teacher's chair). |
| | 4:30pm | A Building | |
| | 4:50pm | 5th FL | |
| | 7:30pm | Both two buildings | |
| 4/15/2016 | 11:40am | A Building | |
| | 12:15pm | M3rd FL | In M305, a extension cord is off the ground. It may cause trip or fall. |
| | 12:30pm | M 4th FL | |
| | 1:40pm | A Building | |
| | 2:30pm | M 4th FL& 3rd FL | |
| | 4:30pm | A Building | |
| | 7:30pm | Both two buildings | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

|  |  |  |  |
|--|--|--|--|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| Communications | Solutions | Comments |
|---|---|---|
| | I moved them into classroom. | |
| 4/8 sent email to William & Anna, wait for their decision | 4/13 replaced these chairs | |
| talk to Candice | Candice said that we don't need do anything. | |
| | Ms. Guan cleaned. | |
| | Asked Mr. Zhou Replaced them | Where the bulbs replaced? |
| | Mr. Liu checked every chair on 4/9. | Where the chairs that were |
| 4/12sent email to William | | William stated he ordered |
| 4/11 sent email to William | | Where the locks replaced? |
| | | |
| | | |
| | | |
| Talk to Mr. Liu change bulbs on this Saturday | | Where all bulbs changed? |
| | | |
| | | |
| | | |

| | | |
|---|---|---|
| 4/12 sent email to William | | I spoke to William and he w |
| | | |
| | | |
| | | |
| | | |
| | I fixed it. | Thank you Hazel |
| | | |
| | | |
| | replaced the chairs of student loung. | |
| 4/14 sent email to William to buy screws. | | William said he ordered the |
| | Clean Restroom. One Worker took day off. | |
| | | |
| | Clean Restroom. One Worker took day off. | |
| | Clean Restroom. One Worker took day off. | |
| | Clean Restroom. One Worker took day off. | |
| | | |

| | | |
|---|---|---|
| | Clean Restroom. One Worker took day off. | |
| 4/15 sent email to William ask him how to deal with it. | | Did William look in 316 yet |
| | | |
| | | |
| | | |
| | | |
| | This extension cord is not useful now. I took it from the wall and ceiling. | Thank you Hazel |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

not solid replaced?

a hand soap dispenser..has it been delivered yet?

vas going to have someone look at it

e screws..have they been delivered and replaced yet?

? If not please let me know and I will look

**From:**                Hazel <hyu@libi.edu>
**Sent:**                Tuesday, May 31, 2016 7:38 PM
**To:**                   hazelyu0825@hotmail.com
**Subject:**           Fwd: RE: Inspection Log

----- Original Message -----
**From:**
"Jhonatan Aybar" <jaybar@libi.edu>

**To:**
hyu@libi.edu, "Anna Venturino" <aventurino@libi.edu>
**Sent:**
Mon, 25 Apr 2016 12:00:41 -0400
**Subject:**
RE: Inspection Log

Dear Anna and Hazel,


Please accept my apologies I did not get back to you before regarding this matter.  Unfortunately, a few student conduct issues aroused last week that prevented me to help you with this issue.


Hazel, I would like to seat with you and go over details with this MS Access database. I honestly, do not want to rush it.  Instead, I want to give you all the time you need for you to understand the software and to customize it based on the department needs.   Are you available tomorrow around 11 am?


Anna, please give us two more days to arrange this database software.


Sincerely yours,


Jhonatan Aybar

Executive Assistant to the President

Long Island Business Institute

718-939-5100 **X**111

*"Don't stop believing"*

1

*The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.*

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:** Anna Venturino [mailto:aventurino@libi.edu]
**Sent:** Friday, April 22, 2016 8:09 PM
**To:** jaybar@libi.edu
**Cc:** hyu@libi.edu
**Subject:** FW: Inspection Log

Dear Jhonatan,

Please review Hazel's email below concerning her inventory software and the front desk records of used copy paper.  Please let me know when we will be able to install this software.

Thank you,

Anna Venturino

Executive Director of Academic Operations and Student Services

Long Island Business Institute

136-18 39th Ave

Flushing, NY 11354

Tel: (718) 939-5100 ext126

e-mail: aventurino@libi.edu

Mission:

The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and can not be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986, as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**From:** hyu@libi.edu [mailto:hyu@libi.edu]
**Sent:** Friday, April 22, 2016 7:36 PM
**To:** Anna Venturino
**Subject:** Inspection Log

Dear Anna,

The attachment is inspection log of this week. Please review it.

During our meeting on April 11th in Aybar's office, Aybar said:

1.Joe would install an inventory software in my computer on April 12th. After the software is installed, I can use this software to give you an inventory report every two weeks.

2.Every Friday, front desk of both buildings would give me a record that shows the quantity of copy paper each department took away.

On April 13th, when Joe changed my computer, he said he hadn't gotten this software. Till now, the inventory software hasn't been installed in my computer.

Last Friday and this Friday, I asked Mr. Linfeng Hu to give me copy paper record. He said nobody tells him to do this record.

Could you help me to resolve these two things?  So I can give you an accurate and timely inventory report.

Thank you very much.

Hazel Yu

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).

**MISSION:**
The mission of the Long Island Business Institute is to provide a culturally diverse student body with current and relevant career and technical training that leads to new employment opportunities. LIBI provides a well-rounded educational experience for the development of a broader range of skill sets required to succeed in today's complex and challenging business environment. LIBI strives to create a positive and empowering learning environment that supports the immediate efforts of our students and lays the foundation for life-long learning.

**Attention:** This e-mail is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author. IRS Circular 230 Disclosure: To comply with Treasury Department Regulations, we are informing you that unless expressly stated otherwise, nothing contained in this document was intended or written to be used, and cannot be used or relied upon for the purpose of (1) avoiding penalties imposed under the Internal Revenue Code of 1986,as amended, or (2) promoting, marketing or recommending any tax transaction or matter addressed herein (including attachments).