UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHUN LAN GUAN, QIHUAI LIU, ZIQIANG LU, and
HUIDE ZHOU, on behalf of themselves and
others similarly situated,

                       JUDGMENT

             Plaintiffs,                       15-CV-02215 (CBA) (VMS)
  v.

LONG ISLAND BUSINESS INSTUTE, INC.,
MONICA FOOTE, and WILLIAM DANTIVA,

            Defendants.
------------------------------------------------------------X

      A Memorandum and Order of the Honorable Carol Bagley Amon, United States District Judge, having been filed on March 18, 2020, granting the parties' motion for settlement approval; it is

      ORDERED and ADJUDGED that the parties' motion for settlement approval is granted.

Dated: Brooklyn, New York                           Douglas C. Palmer
       March 19, 2020                               Clerk of Court

                                        By:    */s/Jalitza Poveda*
                                                   Deputy Clerk